Lenore L. Albert, Esq. SBN 210876
Email: lenalbert@InteractiveCounsel.com
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Attorney for Plaintiff, Ryan McMahon

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WHITNEY, CITY OF VALLEJO; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 23-cv-01972-KJM-JDP<br><br>Assigned to the Hon. Kimberly J. Mueller<br>Crtm. 3 – 15th Flr<br>Complaint filed: 09-13-2023<br><br>**DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO DISQUALIFY**<br><br>Hearing Date: 02-16-2024<br>Time: 10:00AM<br>Courtroom: 3 – 15th Flr |

1

**DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO DISQUALIFY**

*McMahon v Whitney, et al*        23-cv-01972-KJM-JDP

# DECLARATION OF LENORE ALBERT

I, Lenore Albert, am the attorney for the plaintiff in the above captioned action, am admitted to practice before the U.S. District Court for the Eastern District of California and if called as a witness could testify of my own personal knowledge as follows:

1. Attached hereto and fully incorporated herein as **Exhibit A** is a true and correct email string of a conversation between attorney Alison Berry-Wilkinson and myself beginning on September 18, 2023 and ending on October 16, 2023.

2. She characterized my client calling the police department to see what hours Whitney worked as me contacting her client directly or indirectly. (Ex A p. 8).

3. In fact, I had hired process servers to serve Mr. Whitney the summons and complaint which had been filed in this case on September 13, 2023. (Ex A p. 7).

4. She also objected to me having her client served a summons and complaint and recast it as something else. (Ex A p. 8).

5. She had me so confused and intimidated that she demanded I remove his address from the docket and I agreed. (Ex. A p. 8).

6. I was in the hospital at the time and kept telling her that I was in the hospital from September 24, 2023 through the beginning of October 2023 but she still kept emailing things I needed to do.

7. I was in the surgical unit for eight days on prescription pain medications including morphine and in and of several general anesthesia procedures. I really didn't know what I didn't know at the time.

8. However, when I did get out of the hospital, I discovered I had never filed her client's address to the docket.

9. My client also told me that he was a former client of hers.

10. So I sent the email reply citing ethical rules why she should not appear and represent Mr. Whitney in this matter on October 13, 2023. (See Ex A p. 2-5)

2

**DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO DISQUALIFY**

*McMahon v Whitney, et al*     23-cv-01972-KJM-JDP

11. My client has declared under penalty of perjury, in mostly his own drafted words that he had divulged confidences with Mr. Berry-Wilkinson on the ongoing issues related to the Vallejo police department and the media attention he received from John Whitney as a result of the badge bending allegations.

12. I received, on the other hand, an email from Ms. Berry-Wilkinson asserting that those conversations were only through counsel. Attached hereto and fully incorporated herein as **Exhibit B** is a true and correct email exchange I had with Ms. Berry-Wilkinson on January 4, 2023 regarding her communications with my client while he was at the Vallejo police department or thereafter.

I declare under penalty of perjury of the federal laws that the foregoing is true and correct to the best of my knowledge. Executed this day in Coldwater, Michigan.

Dated:  January 5, 2024

/s/ Lenore Albert_____
Lenore Albert, attorney for plaintiff Ryan McMahon

3

**DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO DISQUALIFY**

*McMahon v Whitney, et al*       23-cv-01972-KJM-JDP

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On January 5, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO DISQUALIFY**

On the interested parties in this action as follows:

**For Defendant John Whitney:**
Alison Berry Wilkinson
alison@berrywilkinson.com
Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903
Telephone: 415.259.6638
Facsimile: 877.259.3762

**For Defendant City of Vallejo and Shane Bower:**
Katelyn M. Knight
Assistant City Attorney
City of Vallejo | City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
707.648.4388 | katelyn.knight@cityofvallejo.net

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: January 5, 2024

        /s/Lenore Albert_____
        Lenore Albert

4

DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO DISQUALIFY

*McMahon v Whitney, et al*     23-cv-01972-KJM-JDP