Re: McMAHON v. WHITNEY, et al. - RULE 26 Meet & Confer

From: Alison Berry Wilkinson (alison@berrywilkinson.com)

To: lenalbert@interactivecounsel.com

Date: Thursday, January 4, 2024 at 03:34 PM PST

As a resource. My records reflect:

(1) When McMahon was being fired, his then-counsel, Justin Buffington, contacted me knowing that I represented John Whitney. He requested Whitney submit a supporting declaration, which I coordinated and we provided. This was to assist the writ that had been filed to get the termination set aside for a POBR violation. It is my understanding from Justin that effort was unsuccessful, as he forwarded to me the final decision. A copy of the declaration and the Notice of Entry of Order he forwarded are attached.

(2) I was also contacted by attorney Dale Allen, who, at one point, was then-representing Ryan McMahon in the McCoy litigation. He was seeking background information on the status of the badge bending investigation, which I provided.

Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

> On Jan 4, 2024, at 12:08 PM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>
> ..as an adversary or confidant and what "counsel" were you working through and on what issues do your records show?
>
> Sincerely,
>
> Lenore Albert, Esq.
> **Law Offices of Lenore Albert**
> 1968 S. Coast Hwy #3960
> Laguna Beach, CA 92651
> Phone: 424-365-0741
> https://InteractiveCounsel.com
>
> *Consumer trial lawyer serving Michigan and California residents*
>
> Also, President & CEO
> **Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
> **Mined Media Org.**
> **Project Geeks**
> **MasterMined(tm) Tech.**
> **InteractiveCounsel**
> **FactChecks(tm)**
>
>
> Cal Bus & Prof Code 6001.1
> "Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."
>
> "People who live in glass houses shouldn't throw stones."
>
> If you believe this statement, you are in my tribe.
>
> THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.
>
> IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Thursday, January 4, 2024 at 12:06:25 PM PST, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:

Thank you for your response.  If you have specifics about the alleged confidences, please provide those.  My records show I only worked through his counsel on the "situation(s)" that arose while he was at Vallejo.

Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

> On Jan 4, 2024, at 11:20 AM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>
> In short my client told me he confided in you about the Vallejo police department situation.
> I did not find your authorities persuasive nevertheless I discussed with a few other attorneys and they were of the opinion of they were in your shoes they wouldn't represent Whitney.
> Lenore Albert
>
> Sent from Yahoo Mail on Android
>
>> On Thu, Jan 4, 2024 at 2:17 PM, Alison Berry Wilkinson
>> <alison@berrywilkinson.com> wrote:
>>
>> Good morning Lenore,
>> Thank you for letting me know your plans.
>>
>> However, the deadlines for meeting and conferring, as well as filing the Scheduling Report, were set by the Court.  As current counsel of record, I am required to adhere to those obligations absent a court order indicating otherwise.  Consequently, my offer to meet and confer on the dates listed below remains.
>>
>> As a side note, to date, you have not responded to the letter I sent in October 2023 related to the disqualification issue, nor have you requested to further meet and confer. Your silence, coupled with you having stipulated to an extension of time for me to file a responsive pleading, led me to believe you were persuaded by the authorities previously submitted.
>>
>> If you have authorities or facts that you believe should cause me to reconsider the position taken in my October correspondence, I would appreciate the professional courtesy of being so advised prior to the filing of a motion so that I can evaluate the issues during the meet and confer process and make an informed decision concerning whether court intervention is actually needed.
>>
>> With regards,
>> Alison
>>
>> Alison Berry Wilkinson
>> alison@berrywilkinson.com
>>
>> Berry | Wilkinson | Law Group
>> 165 North Redwood Drive, Ste 206
>> San Rafael, CA 94903
>>
>> Telephone:  415.259.6638
>> Facsimile:  877.259.3762
>>
>>> On Jan 4, 2024, at 10:31 AM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>>>
>>> Good day,
>>> Plaintiff will be moving to disqualify you from the case. As you may recall, we met and conferred on this previously. I am just waiting on my clients declaration to move forward. As such I think it's premature to set a date at their time because you may reconsider your position after you see the motion.
>>> Lenore Albert
>>>
>>> Sent from Yahoo Mail on Android
>>>
>>>> On Thu, Jan 4, 2024 at 1:15 PM, Alison Berry Wilkinson
>>>> <alison@berrywilkinson.com> wrote:
>>>>
>>>> Good morning,
>>>> I have returned from vacation and am sorting out my calendar.  I assume that we won't be meeting tomorrow since no time has been set and the Court moved the hearing date eliminating the pressure to meet and confer this week.
>>>>
>>>> I recommend we schedule a meet-and-confer for either:
>>>>
>>>> • January 11th - after 1pm

- January 12th - anytime
- January 23rd - after 1pm
- January 25th - anytime on January 25th
- January 26th between 9am and 12pm

Let me know your thoughts,
Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

> On Dec 26, 2023, at 5:27 PM, Laurie Lavender <Laurie.Lavender@cityofvallejo.net> wrote:
>
> Hello Counsel,
>
> I have attached herewith a *draft* Joint Status Report pursuant to F.R.C.P 26 and Local Rul 240(b), the deadline to confer regarding the Joint Status Report is January 5th, do you have some time next week for a Zoom conference to discuss? Katelyn is available:
>
> January 2 – before 12:00pm or after 3:00pm
> January 4 – before 12:00am
> January 5 – any time
>
> Thank you.
>
> **Laurie E. Lavender**
> **Paralegal**
> *City of Vallejo | City Attorney's Office*
> *555 Santa Clara Street, 3rd Floor*
> *Vallejo, California 94590*
> *(707) 554-5919 | laurie.lavender@cityofvallejo.net*
> <image001.png>  <image002.png>  <image003.png> <image004.png> <image005.png>
>
> This email contains material that is confidential and/or privileged under the work product doctrine, and attorney-client or official information privileges, for the sole use of the intended recipient.  Any reliance on or review of this email by anyone other than the intended recipient, or any distribution or forwarding of this email, without express written permission of the City Attorney is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.
>
> <Joint Status Report Hrg 2024.01.26.doc.pdf>


[2021.05.21] (Resp) Notice of Entry of Order.pdf
756.7kB


201202 Whitney Declaration [SIGNED] re McMahon Writ.pdf
241.2kB