# EXHIBIT A

# Berry | Wilkinson | Law Group

*Alison Berry Wilkinson*
*alison@berrywilkinson.com*

June 24, 2016

Ryan McMahon

Re:   **Closure of LDF Case No. 15-3187**

Dear Ryan:

It was a pleasure to represent you in connection with the internal investigation that was conducted by the Central Marin Police Department alleging that you used excessive force. I have been advised this matter resolved with the following disposition: exonerated.

As the matter has now concluded and no further representation is required, I am closing your case with both the PORAC Legal Defense Fund and this office.

Please be advised that the vast majority of documents concerning your matter have been maintained electronically. Because representation has now concluded, any paper files will be scanned for storage and then destroyed. You may request delivery of the contents of your electronically maintained file at any point. If you wish a copy of the paper documents that are being scanned, you must let us know within seven (7) days so that we can ensure prompt delivery (rather than destruction) once the scanning process is complete. All electronic records related to your matter will be maintained for a minimum a period of seven (7) years, after which time they will be deleted or purged from our system without further notice.

As always, if you have any questions, or if there is anything I can do in the future to assist you, please do not hesitate to contact me. It has been an honor to represent you in these proceedings, and I wish you luck in all your future endeavors.

Very truly yours,

Berry | Wilkinson | Law Group

Alison Berry Wilkinson

# 15-3187-XX-1 McMahon, Ryan (status)

| | |
|---|---|
| Submitted Date: | 6/24/2016 |
| Submitted By: | Alison Berry Wilkinson (Berry Wilkinson Law) |
| Matter Status: | Central Marin Police Officer Ryan McMahon used his baton to stop an individual who was running from the police.  He was then accused of using excessive force.  Following an IA investigation, McMahon was exonerated.  This matter can be closed. |
| Material Change: | Member was exonerated following an internal investigation.  Matter can be closed. |
| Access Security: | COMPANY AND SUBMITTING FIRM MATTER PARTICIPANTS |

Created on 6/24/2016 at 3:59 PM Pacific Time by Alison Berry Wilkinson
Last updated on 6/24/2016 at 3:59 PM Pacific Time by Alison Berry Wilkinson