# EXHIBIT B

Serengeti Tracker – LDA                                                                    6/18/12 9:44 AM

## Matter Profile - 12-1685-XX-1 McMahon, Ryan

| Lead Co. Person: | Sylvia Riehle | Lead OC: | Alison Berry Wilkinson | Days Pending: | 6 |
|---|---|---|---|---|---|
| Co. File Number: | 12-1685-XX-1 McMahon, Ryan | Firm Matter #: | ▮ | Total Spending: | |
| Matter Type (Template): | Administrative | Law Type: | ▮▮▮▮▮▮▮▮▮ | Total LF Budget: | |
| Summary of Dispute: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|---|---|---|---|---|---|---|---|---|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |

**Matter Status:**    **MATTER OPEN** SINCE 6/12/2012

### Legend

▮ = Information required of Lead Law Firm

### Company & Setup Information

| Full Matter Name/Parties Involved: | 12-1685-XX-1 McMahon, Ryan |
|---|---|
| Short Matter Name: | 12-1685-XX-1 McMahon, Ryan |
| Lead Company Person: | Sylvia Riehle |
| Company File Number: | 12-1685-XX-1 McMahon, Ryan |

### Law Firm Information

| Lead Outside Counsel: | Alison Berry Wilkinson |
|---|---|
| Lead Firm (Office): | Berry Wilkinson Law (San Rafael, CA) |
| Lead Firm Fee Arrangement: | ▮▮▮▮▮▮▮ |
| Lead Firm Fee Comment: | -- |
| Lead Firm Client & Matter Data: | |

### Matter Information

| Matter Type (Template): | Litigation/Dispute > Administrative |
|---|---|
| Substantive law: | |
| Start Date: | 6/12/2012 |
| Summary of Dispute (Cause of Action): | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|---|---|---|---|---|---|---|---|---|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |

| Country: | United States |
|---|---|
| Rank: | 3 - Deputy / Officer / Agent |
| Age: | ▮ |
| Years in Dept: | 02 |
| Years as PSO: | 02 |
| Date of Incident: | ▮▮▮▮▮▮▮ |
| Date Skelly Ended: | -- |

https://tracker.serengetilaw.com/tracker.aspx/MatterInfo?id=1903042

**1**

Serengeti Tracker – LDA                                                                6/18/12 9:44 AM

| | |
|---|---|
| Date Appeal Ended: | -- |
| Date Case Closed: | -- |
| Address: | ████████████ |
| Email: | ████████████ |
| Work Telephone #: | ████████████ |
| Cell Telephone #: | ████████████ |
| Other Telephone #: | ████████████ |
| Experts Authorized: | -- |
| Plan Type: | Plan I > Plan I XA |
| Threatened Action: | ████████████ |
| Coverage Codes: | ████████████ |
| Employment Status: | Permanent |

**Partial Resolution Information**

Description of
Resolution:                --

Created on 6/13/2012 at 9:02 AM Pacific Time by Sylvia Riehle
Last updated on 6/13/2012 at 9:22 AM Pacific Time by Sylvia Riehle

The information contained herein is confidential and the exclusive property of LDA.
Copyright © 2001 - 2012 Serengeti Law.  All rights reserved.



**2**

# 12-1685-XX-1 McMahon, Ryan

| | | | | | |
|---|---|---|---|---|---|
| **Lead Co. Person:** | Kristeena Brooks | **Lead OC:** | Alison Berry Wilkinson | **Days Pending:** | 4228 |
| **Matter ID:** | 12-1685-XX-1 McMahon, Ryan | **Firm Matter #:** | 12-1685 | **Total Spending:** | $1,157.60 |
| **Matter Type (Template):** | Administrative | **Law Type:** | 10 - Negligent/Incompetent Performance of Duty | **Total LF Budget:** | -- |

**Summary of Dispute**    Participant is under investigation for conduct unbecoming and neglecting department policy while off duty.  Officer McMahon denies allegations.

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|---|---|---|---|---|---|---|---|---|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |

**Matter Status:**    **MATTER OPEN** SINCE 6/12/2012

**Most Recent Status Report:** 10/4/2013 by Alison Berry Wilkinson - The matter resolved without disciplinary action. The file can be closed.

**Matter Access:**    **EXTERNAL LEAD FIRM**

**Incomplete Tasks:**

## Legend

▸ = Information required of Lead Law Firm

| MEMBERSHIP INFORMATION |
|---|

| | |
|---|---|
| Full Matter Name/Parties Involved: | 12-1685-XX-1 McMahon, Ryan |
| Short Matter Name: | 12-1685-XX-1 McMahon, Ryan |
| Matter ID: | 12-1685-XX-1 McMahon, Ryan |
| Claim Number(s): | 257482 |
| Lead Company Person: | Kristeena Brooks |

Plan Type:                Plan I > Plan I XA

---

**LAW FIRM INFORMATION**

Lead Firm (Office):       Berry Wilkinson Law (San Rafael, CA)

Lead Outside Counsel:     Alison Berry Wilkinson

Additional Firms:         --

---

**MATTER INFORMATION**

Matter Type (Template):   Litigation/Dispute > Administrative

Start Date:               6/12/2012

Substantive law:          10 - Negligent/Incompetent Performance of Duty

Summary of Dispute        Participant is under investigation for conduct unbecoming and neglecting department policy while off duty.
(Cause of Action):        Officer McMahon denies allegations.

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|----------|--------|--------|-----------|------------|----------|-----|-----|-----|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |

Date of Incident:         5/16/2012  -  Email Notice:  No

Threatened Action:        1. Administrative > 17 - Investigation Ongoing

Coverage Codes:           Non-Scope

Skelly Hearing Date:      --

Post-Skelly Appeal Date:  --

Country:                  United States

---

**PARTICIPANT INFORMATION**

Rank:                     3 - Deputy / Officer / Agent/Trooper

Employment Status:        Permanent

Age:                      31

Years in Dept:            02

Years as PSO:             02

Address:                  ███████████████████████

Email:                    ██████████████

Work Telephone #:         --

Cell Telephone #:         ██████████

Other Telephone #:        --

---

**FINANCIAL INFORMATION**

# 14-0485-XX-1 McMahon, Ryan

| | | | | | |
|---|---|---|---|---|---|
| **Lead Co. Person:** | Kristeena Brooks | **Lead OC:** | Alison Berry Wilkinson | **Days Pending:** | 3605 |
| **Matter ID:** | 14-0485-XX-1 | **Firm Matter #:** | 14-0485 | **Total Spending:** | $402.50 |
| **Matter Type (Template):** | Administrative | **Law Type:** | 12 - Disrespectful to Public | **Total LF Budget:** | -- |

**Summary of Dispute**   Participant has been asked to make a statement as a witness for another officer's IA of alleged discourtesy towards the public.  Participant is the other officer that was on scene of the call.  He may  become the subject of the investigation depending on his statement and may face disciplinary action. Explained providing tentative coverage, but if determined witness only, coverage will need to be cut. He did not provide the other officer's name,. referred to ABW.

Mem...

**Matter Status:**   **MATTER OPEN** SINCE 2/25/2014

**Most Recent Status Report:** 12/23/2014 by Alison Berry Wilkinson - Client was not a subject officer, but a witness. No representation was provided as a result.  No discipline can or did issue.  This matter can be closed.

**Matter Access:**   **EXTERNAL LEAD FIRM**

**Incomplete Tasks:**

## Legend

▸ = Information required of Lead Law Firm

| MEMBERSHIP INFORMATION |
|---|

| | |
|---|---|
| Full Matter Name/Parties Involved: | 14-0485-XX-1 McMahon, Ryan |
| Short Matter Name: | 14-0485-XX-1 McMahon, Ryan |
| Matter ID: | 14-0485-XX-1 |
| Claim Number(s): | 257482 |

**5**

Lead Company Person:       Kristeena Brooks

Plan Type:                 Plan I > Plan I XA

## LAW FIRM INFORMATION

Lead Firm (Office):        Berry Wilkinson Law (San Rafael, CA)

Lead Outside Counsel:      Alison Berry Wilkinson

Additional Firms:          --

## MATTER INFORMATION

Matter Type (Template):    Litigation/Dispute > Administrative

Start Date:                2/25/2014

Substantive law:           12 - Disrespectful to Public

Summary of Dispute         Participant has been asked to make a statement as a witness for another officer's IA of alleged discourtesy
(Cause of Action):         towards the public.  Participant is the other officer that was on scene of the call.  He may  become the subject
                           of the investigation depending on his statement and may face disciplinary action. Explained providing
                           tentative coverage,  but if determined witness only, coverage will need to be cut. He did not provide the other
                           officer's name,. referred to ABW.

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|----------|--------|--------|-----------|------------|----------|-----|-----|-----|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |

Date of Incident:          12/8/2013  - Email Notice: No

Threatened Action:         1. Administrative > 17 - Investigation Ongoing

Coverage Codes:            Tentative

Skelly Hearing Date:       --

Post-Skelly Appeal Date:   --

Country:                   United States

## PARTICIPANT INFORMATION

Rank:                      B - Detective

Employment Status:         Permanent

Age:                       33

Years in Dept:             04

Years as PSO:              04

Address:                   ████████████████████████

Email:                     ████████████████

Work Telephone #:          --

Cell Telephone #:          ████████████

**6**

Other Telephone #:          --

**FINANCIAL INFORMATION**

Deductible Billed:          --

Deductible Paid:            --

Co-Pay:                     --

Co-Pay Cap Reached:         --

**PARTIAL RESOLUTION INFORMATION**

Description of Resolution:   Per status 12/23/14, Client was a witness, not a subject.  Matter can be closed.

Created on 2/25/2014 at 1:31 PM Pacific Time by Debra Freitas
Last updated on 10/12/2023 at 2:40 PM Pacific Time by Maryanne Njuguna

**7**

# 15-1505-XX-1 McMahon, Ryan

| | | | | | |
|---|---|---|---|---|---|
| **Lead Co. Person:** | Kristeena Brooks | **Lead OC:** | Alison Berry Wilkinson | **Days Pending:** | 3136 |
| **Matter ID:** | 15-1505-XX-1 | **Firm Matter #:** | 15-1505 | **Total Spending:** | $803.80 |
| **Matter Type (Template):** | Administrative | **Law Type:** | 10 - Negligent/Incompetent Performance of Duty | **Total LF Budget:** | -- |
| **Summary of Dispute** | Participant is under investigation for alleged policy violation; discourtesy to the public and conduct unbecoming. | | | | |

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|---|---|---|---|---|---|---|---|---|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |

**Matter Status:**  **MATTER OPEN** SINCE 6/9/2015

**Most Recent Status Report:** 12/30/2015 by Alison Berry Wilkinson - Matter resolved with no discipline or misconduct findings.  Case can be closed.  Client has left the Sausalito Police Department with a lateral transfer to the Central Marin Police Department.

**Matter Access:**  **EXTERNAL LEAD FIRM**

**Incomplete Tasks:**

## Legend

▸  =  Information required of Lead Law Firm

| MEMBERSHIP INFORMATION |
|---|

| | |
|---|---|
| Full Matter Name/Parties Involved: | 15-1505-XX-1 McMahon, Ryan |
| Short Matter Name: | 15-1505-XX-1 McMahon, Ryan |
| Matter ID: | 15-1505-XX-1 |
| Claim Number(s): | 257482 |
| Lead Company Person: | Kristeena Brooks |

Plan Type:                 Plan I > Plan I XA

---

## LAW FIRM INFORMATION

Lead Firm (Office):        Berry Wilkinson Law (San Rafael, CA)

Lead Outside Counsel:      Alison Berry Wilkinson

Additional Firms:          --

---

## MATTER INFORMATION

Matter Type (Template):    Litigation/Dispute > Administrative

Start Date:                6/9/2015

Substantive law:           10 - Negligent/Incompetent Performance of Duty

Summary of Dispute         Participant is under investigation for alleged policy violation; discourtesy to the public and conduct
(Cause of Action):         unbecoming.

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|----------|--------|--------|-----------|------------|----------|-----|-----|-----|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | | 09-Jul-10 | 1 | X | A |

Date of Incident:          6/4/2015  -  Email Notice:  No

Threatened Action:         1. Administrative > 17 - Investigation Ongoing

Coverage Codes:            Extended

Skelly Hearing Date:       --

Post-Skelly Appeal Date:   --

Country:                   United States

---

## PARTICIPANT INFORMATION

Rank:                      B - Detective

Employment Status:         Permanent

Age:                       34

Years in Dept:             05

Years as PSO:              05

Address:                   ██████████████████████

Email:                     ████████████████

Work Telephone #:          --

Cell Telephone #:          ██████████

Other Telephone #:         --

**FINANCIAL INFORMATION**

Deductible Billed:              --

Deductible Paid:                --

Co-Pay:                         --

Co-Pay Cap Reached:             --

**PARTIAL RESOLUTION INFORMATION**

Description of Resolution:    Matter resolved with no discipline or misconduct findings.  Case can be closed.

Created on 6/9/2015 at 2:12 PM Pacific Time by Kristeena Brooks
Last updated on 10/12/2023 at 2:41 PM Pacific Time by Maryanne Njuguna

**10**

# 15-3187-XX-1 McMahon, Ryan

| | | | | | |
|---|---|---|---|---|---|
| **Lead Co. Person:** | Kristeena Brooks | **Lead OC:** | Alison Berry Wilkinson | **Days Pending:** | 2947 |
| **Matter ID:** | 15-3187-XX-1 | **Firm Matter #:** | 15-3187 | **Total Spending:** | $1,412.96 |
| **Matter Type (Template):** | Administrative | **Law Type:** | 12 - Disrespectful to Public | **Total LF Budget:** | -- |

**Summary of Dispute**   Participant is under administrative investigation for alleged disrespectful and discriminatory treatment to the public and unreasonable use of force.

On probation.

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|---|---|---|---|---|---|---|---|---|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |
| 257482 | A | 3004 | CENTRAL MARIN P O A | 03-Nov-15 | | 1 | X | A |

**Matter Status:**   **MATTER OPEN** SINCE 12/15/2015

**Most Recent Status Report:** 6/24/2016 by Alison Berry Wilkinson - Central Marin Police Officer Ryan McMahon used his baton to stop an individual who was running from the police.  He was then accused of using excessive force.  Following an IA investigation, McMahon was exonerated.  This matter can be closed.

**Matter Access:**   **EXTERNAL LEAD FIRM**

**Incomplete Tasks:**

# Legend

▸  =  Information required of Lead Law Firm

| **MEMBERSHIP INFORMATION** |
|---|

Full Matter Name/Parties Involved:     15-3187-XX-1 McMahon, Ryan

Short Matter Name:     15-3187-XX-1 McMahon, Ryan

Matter ID:     15-3187-XX-1

| Claim Number(s): | 257482 |
|---|---|
| Lead Company Person: | Kristeena Brooks |
| Plan Type: | Plan I > Plan I XA |

## LAW FIRM INFORMATION

| Lead Firm (Office): | Berry Wilkinson Law (San Rafael, CA) |
|---|---|
| Lead Outside Counsel: | Alison Berry Wilkinson |
| Additional Firms: | -- |

## MATTER INFORMATION

| Matter Type (Template): | Litigation/Dispute > Administrative |
|---|---|
| Start Date: | 12/15/2015 |
| Substantive law: | 12 - Disrespectful to Public |
| Summary of Dispute (Cause of Action): | Participant is under administrative investigation for alleged disrespectful and discriminatory treatment to the public and unreasonable use of force. |

On probation.

| MemberID | Status | AssnID | Assn Name | Start Date | End Date | Pln | Scp | Opt |
|---|---|---|---|---|---|---|---|---|
| 257482 | A | 2749 | SAUSALITO POLICE ASSOCIATION | 09-Jul-10 | | 1 | X | A |
| 257482 | A | 3004 | CENTRAL MARIN P O A | 03-Nov-15 | | 1 | X | A |

| Date of Incident: | 12/6/2015  -  Email Notice:  No |
|---|---|
| Threatened Action: | 1. Administrative > 17 - Investigation Ongoing |
| Coverage Codes: | Limited |
| Skelly Hearing Date: | -- |
| Post-Skelly Appeal Date: | -- |
| Country: | United States |

## PARTICIPANT INFORMATION

| Rank: | 3 - Deputy / Officer / Agent/Trooper |
|---|---|
| Employment Status: | Probation |
| Age: | 35 |
| Years in Dept: | less than 1 |
| Years as PSO: | 06 |
| Address: | ████████████████████ |
| Email: | ████████████ |

| Work Telephone #: | -- |
| Cell Telephone #: | ███████ |
| Other Telephone #: | -- |

**FINANCIAL INFORMATION**

| Deductible Billed: | -- |
| Deductible Paid: | -- |
| Co-Pay: | -- |
| Co-Pay Cap Reached: | -- |

**PARTIAL RESOLUTION INFORMATION**

Description of Resolution:   Member was exonerated following an internal investigation.  Matter can be closed.

Created on 12/15/2015 at 2:44 PM Pacific Time by Kristeena Brooks
Last updated on 10/12/2023 at 2:41 PM Pacific Time by Maryanne Njuguna

**13**