# EXHIBIT C

# SAUSALITO POLICE DEPARTMENT

## Confidential Memorandum

LDF CASE 12-1685 / DATE 6/22/12

DATE: June 2, 2012

TO: Ryan McMahon, Officer

FROM: John Rohrbacher, Captain

SUBJECT: [redacted]

*********************************************************

[redacted]

Please initial that you received this memorandum on June 2, 2012.

_____