# EXHIBIT E

**From:** lenore albert lenalbert@interactivecounsel.com
**Subject:** Re: Ryan McMahon
**Date:** September 18, 2023 at 7:13 PM
**To:** Alison Berry Wilkinson alison@berrywilkinson.com

Ms. Wilkinson,

Thank you for your email. I have asked my client to refrain from making those calls in the future.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**


Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Monday, September 18, 2023 at 07:00:49 PM PDT, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:

Dear Ms. Albert,
I learned today that you may represent former Vallejo Police Officer Ryan McMahon.  Based on that information, I am forwarding the attached email chain to you.
Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

> Begin forwarded message:
>
> **From:** Justin Buffington <jbuffington@rlslawyers.com>
> **Subject:** Re: Ryan McMahon
> **Date:** September 15, 2023 at 11:13:50 AM PDT
> **To:** Alison Berry Wilkinson <alison@berrywilkinson.com>
>
> Hi Allison,
>
> We don't rep him anymore due to a conflict ther developed involving another VPOA member. I don't know who represents him.
>
> Justin E. Buffington
> Attorney at Law
> **Rains Lucia Stern**
> **St. Phalle & Silver, PC**
> 2300 Contra Costa Blvd., Suite 500
> Pleasant Hill, CA 94523
> Ph. (925) 609-1699
> Fax (925) 609-1690
> www.rlslawyers.com
>
> ******************************************************************
> NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender

for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
******************************************************************

> On Sep 15, 2023, at 11:02 AM, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:
>
> Hi Justin,
>
> I am not sure if you are still representing Ryan McMahon, but he called the El Cerrito Police Department looking for my client, John Whitney.  I returned the call on Whitney's behalf, uncertain whether he was just offering congratulations for the recent settlement, or for some other reason.  He indicated his attorney wanted him to find out when Whitney was working so a subpoena for his upcoming arbitration could be served.
>
> However, the connection on the call was scratchy, and when I asked who his attorney was, I could not understand what he said except that it was someone out of Southern California.   I thought perhaps it might be an RLS attorney from one of the other offices.
>
> Upon learning he was calling about a matter on which he was represented, I ended the call.  I thought I should let you know.
>
> Just FYI,
> Alison
>
> Alison Berry Wilkinson
> alison@berrywilkinson.com
>
> Berry | Wilkinson | Law Group
> 165 North Redwood Drive, Ste 206
> San Rafael, CA 94903
>
> Telephone:  415.259.6638
> Facsimile:  877.259.3762