# EXHIBIT F

Call History Archive



| | Sep 18, 2023 3:43 PM | 29 Minutes |
|---|---|---|
| ↙ | Sep 18, 2023 3:42 PM | Missed Call |
| ↗ | Sep 18, 2023 2:13 PM | 42 Seconds |
| ↗ | Sep 18, 2023 1:20 PM | 17 Seconds |
| ↙ | Sep 18, 2023 1:00 PM | 17 Minutes |
| ↙ | Sep 18, 2023 11:47 AM | Missed Call |
| ↗ | Sep 17, 2023 7:00 PM | 6 Minutes |
| ↗ | Sep 16, 2023 8:25 PM | 10 Minutes |
| ↗ | Sep 16, 2023 8:21 PM | 3 Minutes |
| ↗ | Sep 16, 2023 8:11 PM | 3 Seconds |
| ↗ | Sep 16, 2023 7:53 PM | 17 Minutes |
| ↙ | Sep 16, 2023 7:28 PM | Missed Call |
| ↙ | Sep 15, 2023 5:39 PM | 47 Minutes |
| ↙ | Sep 15, 2023 4:52 PM | Missed Call |
| ↙ | Sep 15, 2023 3:21 PM | Missed Call |
| ↙ | Sep 15, 2023 3:03 PM | 6 Minutes |
| ↙ | Sep 15, 2023 2:08 PM | 47 Seconds |
| ↙ | Sep 15, 2023 1:57 PM | 49 Seconds |
| ↙ | Sep 15, 2023 1:57 PM | Missed Call |
| | Sep 15, 2023 1:55 PM | Cancelled |
| ↙ | Sep 15, 2023 1:51 PM | Missed Call |
| ↙ | Sep 15, 2023 1:33 PM | 12 Minutes |
| ↙ | Sep 15, 2023 9:22 AM | Missed Call |
| ↙ | Sep 14, 2023 6:16 PM | 24 Seconds |
| ↙ | Sep 14, 2023 6:09 PM | 6 Minutes |
| ↙ | Sep 14, 2023 5:59 PM | 7 Minutes |
| ↗ | Sep 14, 2023 4:01 PM | 4 Seconds |
| ↙ | Sep 14, 2023 3:34 PM | 8 Minutes |
| ↗ | Sep 14, 2023 3:23 PM | 8 Minutes |
| ↗ | Sep 14, 2023 3:14 PM | 5 Minutes |
| ↙ | Sep 14, 2023 3:01 PM | 11 Minutes |
| ↙ | Sep 14, 2023 12:59 PM | 14 Minutes |
| ↗ | Sep 14, 2023 11:37 AM | 1 Minute |
| ↙ | Sep 14, 2023 10:46 AM | 4 Minutes |
| ↙ | Sep 14, 2023 9:48 AM | 10 Minutes |
| ↙ | Sep 13, 2023 4:58 PM | Missed Call |
| ↙ | Sep 13, 2023 4:56 PM | Missed Call |
| ↙ | Sep 13, 2023 3:50 PM | 46 Seconds |
| ↙ | Sep 13, 2023 2:25 PM | 20 Minutes |
| ↗ | Sep 13, 2023 2:07 PM | 8 Minutes |
| ↙ | Sep 13, 2023 2:02 PM | 3 Minutes |
| ↗ | Sep 13, 2023 1:47 PM | 14 Minutes |
| ↙ | Sep 13, 2023 1:45 PM | Missed Call |
| ↙ | Sep 13, 2023 1:04 PM | Missed Call |
| ↙ | Sep 13, 2023 1:03 PM | Missed Call |
| ↙ | Sep 13, 2023 1:02 PM | 44 Minutes |
| ↙ | Sep 13, 2023 12:26 PM | Missed Call |
| ↙ | Sep 13, 2023 11:59 AM | Missed Call |
| ↗ | Sep 13, 2023 8:35 AM | 4 Minutes |
| ↙ | Sep 13, 2023 8:09 AM | 7 Minutes |
| ↙ | Sep 13, 2023 8:09 AM | Missed Call |
| ↙ | Sep 12, 2023 5:23 PM | 27 Minutes |
| | Sep 12, 2023 5:20 PM | Cancelled |
| ↗ | Sep 12, 2023 5:18 PM | 3 Seconds |
| ↗ | Sep 12, 2023 5:18 PM | 3 Seconds |
| ↙ | Sep 12, 2023 5:18 PM | Missed Call |
| ↗ | Sep 12, 2023 4:40 PM | 16 Minutes |
| ↗ | Sep 12, 2023 4:38 PM | 1 Minute |
| ↙ | Sep 12, 2023 3:58 PM | Missed Call |
| ↗ | Sep 12, 2023 2:59 PM | 10 Minutes |
| ↙ | Sep 12, 2023 2:39 PM | 16 Minutes |
| ↙ | Sep 12, 2023 1:41 PM | Missed Call |

Ryan McMahon