# EXHIBIT G



Text message
8/27/21, 10:33 AM

> 1 of 6
> FRM:Ruby Mail
> MSG:From Name: ▮▮▮▮▮
> From Number: ▮▮▮▮▮
> From Company:
> Regarding: City of Alameda.
> (If New) How heard:
> (Con't) 2 of 6
>
> (If New) Deadline notice? (Y/N):
>
> Actions: Sent To Voicemail
> To: Berry Wilkinson, Alison¿Berry Wilkinson Law Group
> Date:
> (Con't) 3 of 6
> 08/27/2021 10:30 AM
> Caller ID: WIRELESS CALLER¿1 ✗✗✗✗✗✗✗
> Ruby Receptionist: Brandon H.
>
> Voicemail Duration: 53 sec.
> Box Number:
> (Con't) 4 of 6
> 503546283601
> Box Name: Alison Berry Wilkinson
>
> You have a new voicemail message! To listen, simply open the attached .wav file.
>
> To see
> (Con't) 5 of 6
> detailed information about your calls, log in online at https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help More?

Text message
10/19/21, 2:17 PM

> 1 of 7
> FRM:Ruby Mail
> MSG:From Name: ███████
> From Number:
> From Company: FedEx
> Regarding: This was a solicitation call regarding shipping
> (Con't) 2 of 7
> needs. I provided her your email address, as per instructions, to send the information to. Just FYI.
> (If New) How heard: This
> (Con't) 3 of 7
> information is not applicable to this call.
> (If New) Deadline notice? (Y/N): This information is not applicable to this
> (Con't) 4 of 7
> call.
>
> Actions:
> To: Berry Wilkinson, Alison¿Berry Wilkinson Law Group
> Date: 10/19/2021 02:14 PM
> Caller ID: FEDERAL EXPRESS¿1 (800)
> (Con't) 5 of 7
> 463-3339
> Ruby Receptionist: Amanda A.
>
> To see detailed information about your calls, log in online at https://my.ruby.com, or open the R
> More?

Text message
2/22/21, 3:20 PM

> 1 of 6
> FRM:Ruby Mail
> MSG:From Name: ▮▮▮▮▮▮
> From Number: ▮▮▮▮▮▮
> From Company:
> Regarding: He said he is the new IA Lieutenant
> (Con't) 2 of 6
> at the police department and called to introduce himself, just FYI.
> (If New) How heard:
> (If New) Deadline notice? (Y/N):
>
> Actions:
> (Con't) 3 of 6
> Please Call
> To: Berry Wilkinson, Alison¿Berry Wilkinson Law Group
> Date: 02/22/2021 03:18 PM
> Caller ID: Vacaville CA¿1 (707)
> (Con't) 4 of 6
> ▮▮▮▮▮ 7
> Ruby Receptionist: Kay M.
>
> To see detailed information about your calls, log in online at https://my.ruby.com, or open the
> (Con't) 5 of 6
> Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 8
> More?

**From:** Ruby Mail rubymail-noreply@callruby.com
**Subject:** CALIFORNIA - ▮▮▮▮▮▮▮▮ - 39 sec. - Ruby Voicemail
**Date:** August 10, 2022 at 4:17 PM
**To:** office@berrywilkinson.com

Date: 08/10/2022    4:13PM
Caller ID: CALIFORNIA   ▮▮▮▮▮▮▮▮

Voicemail Duration: 39 sec.
Box Number: 503546283601
Box Name: Alison Berry Wilkinson

You have received a new voicemail! To listen, simply open the attached .wav file. If we have any other info, we'll send it along shortly.

To see detailed information about your calls, log in online at https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 866-611-7829 or staff@ruby.com.

00:00                00:00

**From:** Ruby Mail rubymail-noreply@callruby.com 🚩
**Subject:** Unknown Caller - - Ruby Mail
**Date:** September 12, 2022 at 2:12 PM
**To:** office@berrywilkinson.com

From Name: Unknown Caller
From Number:
From Company:
Regarding: The caller dialed the wrong number. Just FYI!
(If New) How heard:
(If New) Deadline notice? (Y/N):

Actions: No action required
To: Alison Berry Wilkinson       Berry Wilkinson Law Group
Date: 09/12/2022 02:10 PM
Caller ID: Conroe TX     ▩▩▩▩▩▩
Ruby Receptionist: Ayana P.
To see detailed information about your calls, log in online at https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 866-611-7829 or staff@ruby.com.

**From:** Ruby Mail noreply@ruby.com 🚩
**Subject:** Unknown Female Unknown - City Manager - Ruby Mail
**Date:** August 3, 2023 at 11:20 AM
**To:** 9259806107@txt.att.net
**Cc:** office@berrywilkinson.com

First: Unknown Female
Last: Unknown
Phone Number: █████████
Company: City Manager
Regarding: unknown caller asked for your email address regarding a case she is looking to have assistance with. Just FYI.
(If New) Deadline notice?: 2
Actions: No action required

To: Alison Berry Wilkinson, Berry Wilkinson Law Group
Date: 08/03/2023 11:20 AM
Caller ID: ████████
Ruby Receptionist: Jennifer H.

To see detailed information about your calls, log in online at https://my.call-ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 866-611-7829 or staff@ruby.com.

**From:** Ruby Mail rubymail-noreply@callruby.com
**Subject:** FEDERAL EXPRESS - +18004633339 - 21 sec. - Ruby Voicemail
**Date:** August 1, 2022 at 1:54 PM
**To:** office@berrywilkinson.com

Date: 08/01/2022    1:50PM
Caller ID: FEDERAL EXPRESS         +18004633339

Voicemail Duration: 21 sec.
Box Number: 503546283601
Box Name: Alison Berry Wilkinson

You have received a new voicemail! To listen, simply open the attached .wav file. If we have any other info, we'll send it along shortly.

To see detailed information about your calls, log in online at https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 866-611-7829 or staff@ruby.com.

00:00                00:00

**From:** Ruby Mail noreply@ruby.com 🚩
**Subject:** Dale ▇▇▇ - - Ruby Mail
**Date:** August 30, 2023 at 11:49 AM
**To:** 9259806107@txt.att.net
**Cc:** office@berrywilkinson.com

First: Dale
Last: ▇▇▇
Phone Number: ▇▇▇▇▇▇▇▇▇▇
Company:
Regarding: Dale ▇▇▇ is trying to reach you, please call when you are able.
(If New) Deadline notice?: 2
Actions:

To: Alison Berry Wilkinson, Berry Wilkinson Law Group
Date: 08/30/2023 11:49 AM
Caller ID: ▇▇▇▇▇▇▇▇▇▇
Ruby Receptionist: Melissa E.

To see detailed information about your calls, log in online at https://my.call-ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 866-611-7829 or staff@ruby.com.

**From:** Ruby Mail rubymail-noreply@callruby.com
**Subject:** Erin Unknown - PORAC Legal Defense Fund - 45 sec. - Ruby Voicemail
**Date:** October 26, 2022 at 10:31 AM
**To:** office@berrywilkinson.com

From Name: Erin Unknown
From Number: 209-774-5600
From Company: PORAC Legal Defense Fund
Regarding: This is in regards to client ▮▮▮▮▮▮▮▮
(If New) How heard:
(If New) Deadline notice? (Y/N):
The caller did not leave her last name with me. Just FYI.

Actions:
To: Alison Berry Wilkinson      Berry Wilkinson Law Group
Date: 10/26/2022 10:28 AM
Caller ID: Stockton CA    2097745600
Ruby Receptionist: Victoria R.
Voicemail Duration: 45 sec.
Box Number: 503546283601
Box Name: Alison Berry Wilkinson

You have a new voicemail message! To listen, simply open the attached .wav file.

To see detailed information about your calls, log in online at https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 866-611-7829 or staff@ruby.com.



**20221026_102951.wav**
357 KB

Text message
11/4/20, 2:20 PM

> 1 of 6
> FRM:Ruby Mail
> MSG:From Name: Female Caller
> From Number:
> From Company:
> Regarding: This was a Spanish speaker. She asked to speak
> (Con't) 2 of 6
> with someone about an appointment for her daughter to meet with a pediatrician. I let her know that she had the wrong phone number and
> (Con't) 3 of 6
> had reached Berry Wilkinson Law Group. Just FYI.
> (If New) How heard:
> (If New) Deadline notice? (Y/N):
>
> Actions:
> To: Berry
> (Con't) 4 of 6
> Wilkinson, Alison¿Berry Wilkinson Law Group
> Date: 11/04/2020 02:18 PM
> Caller ID: Rockdale TX¿1
> Ruby Receptionist:
> (Con't) 5 of 6
> Kelley C.
>
> To see detailed information about your calls, log in online at https://my.ruby.com, or open the Ruby app. From there you can a
> More?

Test Message
Wed, Jun 28 at 12:51 PM

1 of 4
FRM:Ruby Mail
SUBJ:831-███████
MSG:Call Result: Hang-Up, Wrong Number/Fax Tone

To see
(Con't) 3 of 4
detailed information about your calls, log in online at https://my.call-ruby.com, or open the Ruby app. From there you can access the
(Con't) 4 of 4
Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 866-611-7829 or staff@ruby.com.(End)

Text message
4/14/22, 2:25 PM

> 1 of 6
> FRM:Ruby Mail
> MSG:From Name: ███████
> From Number: ███████
> From Company:
> Regarding: A case you have been helping her with.
> (Con't) 2 of 6
> She said ████████████████████████████
> ███████
>
> (If New) How heard:
> (If New) Deadline notice?
> (Con't) 3 of 6
> (Y/N):
> She indicated this is urgent.
>
> Actions: Urgent : Please contact
> To: Alison Berry Wilkinson¿Berry Wilkinson Law Group
> Date:
> (Con't) 4 of 6
> 04/14/2022 02:22 PM
> Caller ID: Concord CA¿XXXXXXX
> Ruby Receptionist: Mari J.
> To see detailed information about your calls, log in
> (Con't) 5 of 6
> online at https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer H
> More?

Text message
4/20/22, 1:05 PM

> 1 of 3
> FRM:Ruby Mail
> MSG:New Ruby voicemail for Box #503546283601. To see detailed information about your calls, log in online at
> (Con't) 2 of 3
> https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness
> (Con't) 3 of 3
> team. We're also here for you at 866-611-7829 or staff@ruby.com.(End)

Text message
2/22/21, 3:20 PM

> 1 of 6
> FRM:Ruby Mail
> MSG:From Name: [redacted]
> From Number: 7[redacted]
> From Company:
> Regarding: He said he is the new IA Lieutenant
> (Con't) 2 of 6
> at the police department and called to introduce himself, just FYI.
> (If New) How heard:
> (If New) Deadline notice? (Y/N):
>
> Actions:
> (Con't) 3 of 6
> Please Call
> To: Berry Wilkinson, Alison¿Berry Wilkinson Law Group
> Date: 02/22/2021 03:18 PM
> Caller ID: Vacaville CA¿1 (707)
> (Con't) 4 of 6
> [redacted]
> Ruby Receptionist: Kay M.
>
> To see detailed information about your calls, log in online at https://my.ruby.com, or open the
> (Con't) 5 of 6
> Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness team. We're also here for you at 8
> More?

Text message
8/3/21, 4:42 PM

> 1 of 6
> FRM:Ruby Mail
> MSG:From Name: ▮▮▮▮▮▮▮▮▮
> From Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> From Company: ▮▮▮▮▮▮▮▮▮▮▮▮▮
> Regarding: States you have his number.
> (If New) How
> (Con't) 2 of 6
> heard: This information is not applicable to this call.
> (If New) Deadline notice? (Y/N): This information is not applicable to this
> (Con't) 3 of 6
> call.
>
> Actions: Please Call
> To: Berry Wilkinson, Alison¿Berry Wilkinson Law Group
> Date: 08/03/2021 04:40 PM
> Caller ID: L▮▮▮▮▮▮▮
> (Con't) 4 of 6
> E▮▮▮▮▮▮ ¿1 (831) ▮▮▮▮▮▮▮
> Ruby Receptionist: Tatiana G.
>
> To see detailed information about your calls, log in online at
> (Con't) 5 of 6
> https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness t
> More?

Text message
8/3/21, 4:42 PM

> 1 of 6
> FRM:Ruby Mail
> MSG:From Name: ███████
> From Number:
> From Company:
> Regarding: States you have his number.
> (If New) How
> (Con't) 2 of 6
> heard: This information is not applicable to this call.
> (If New) Deadline notice? (Y/N): This information is not applicable to this
> (Con't) 3 of 6
> call.
>
> Actions: Please Call
> To: Berry Wilkinson, Alison¿Berry Wilkinson Law Group
> Date: 08/03/2021 04:40 PM
> Caller ID: ███████
> (Con't) 4 of 6
> ███████
> Ruby Receptionist: Tatiana G.
>
> To see detailed information about your calls, log in online at
> (Con't) 5 of 6
> https://my.ruby.com, or open the Ruby app. From there you can access the Ruby Help Center or open a ticket with Ruby's Customer Happiness t
> More?