# EXHIBIT I

**Message Archive**

Sent to ████████████ on Jul 29, 2020 1:21:28 PM

Sent to **Dale Allen** on Jul 29, 2020 1:17:59 PM

perfect timing; i just finished a settlement conference with Judge Beeler.  Call away

Received from **Dale Allen** on Jul 29, 2020 1:16:58 PM



You free to talk RE Vallejo?  Pretty important on a Burris case I have