# EXHIBIT K

Call History Archive



| | Jul 30, 2020 8:41 PM | | | |
|---|---|---|---|---|
| | Jul 30, 2020 7:02 PM | | | |
| | Jul 30, 2020 6:35 PM | | | |
| | Jul 30, 2020 5:00 PM | | | |
| | Jul 30, 2020 11:34 AM | | | |
| | Jul 30, 2020 11:23 AM | | | |
| | Jul 30, 2020 11:01 AM | | | |
| | Jul 30, 2020 9:59 AM | | | |
| | Jul 29, 2020 7:20 PM | | | |
| | Jul 29, 2020 6:32 PM | | | |
| | Jul 29, 2020 6:30 PM | | | |
| | Jul 29, 2020 5:07 PM | | | |
| | Jul 29, 2020 5:05 PM | | | |
| | Jul 29, 2020 4:53 PM | 7 Minutes | +14159337829 | Dale Allen |
| | Jul 29, 2020 4:35 PM | | | |
| | Jul 29, 2020 4:15 PM | | | |
| | Jul 29, 2020 4:04 PM | | | |
| | Jul 29, 2020 3:46 PM | | | |
| | Jul 29, 2020 3:22 PM | | | |
| | Jul 29, 2020 3:22 PM | | | |
| | Jul 29, 2020 2:52 PM | | | |
| | Jul 29, 2020 2:39 PM | | | |
| | Jul 29, 2020 2:38 PM | | | |
| | Jul 29, 2020 2:32 PM | | | |
| | Jul 29, 2020 2:28 PM | | | |
| | Jul 29, 2020 2:25 PM | | | |
| | Jul 29, 2020 2:24 PM | | | |
| | Jul 29, 2020 1:56 PM | | | |
| | Jul 29, 2020 1:21 PM | 33 Minutes | +14159337829 | Dale Allen |
| | Jul 29, 2020 1:08 PM | | | |
| | Jul 29, 2020 12:38 PM | | | |
| | Jul 29, 2020 12:37 PM | | | |
| | Jul 29, 2020 12:35 PM | | | |
| | Jul 29, 2020 12:34 PM | | | |
| | Jul 29, 2020 12:15 PM | | | |
| | Jul 29, 2020 11:47 AM | | | |
| | Jul 29, 2020 11:04 AM | | | |
| | Jul 29, 2020 10:38 AM | | | |
| | Jul 29, 2020 10:37 AM | | | |
| | Jul 29, 2020 9:12 AM | | | |
| | Jul 29, 2020 9:10 AM | | | |
| | Jul 29, 2020 9:10 AM | | | |
| | Jul 29, 2020 9:10 AM | | | |
| | Jul 28, 2020 8:39 PM | | | |
| | Jul 28, 2020 8:22 PM | | | |
| | Jul 28, 2020 7:08 PM | | | |
| | Jul 28, 2020 6:31 PM | | | |
| | Jul 28, 2020 4:43 PM | | | |
| | Jul 28, 2020 3:25 PM | | | |
| | Jul 28, 2020 3:03 PM | | | |
| | Jul 28, 2020 2:57 PM | | | |
| | Jul 28, 2020 2:49 PM | | | |
| | Jul 28, 2020 2:45 PM | | | |
| | Jul 28, 2020 2:42 PM | | | |
| | Jul 28, 2020 1:23 PM | | | |
| | Jul 28, 2020 11:48 AM | | | |
| | Jul 28, 2020 11:35 AM | | | |
| | Jul 28, 2020 10:08 AM | | | |
| | Jul 28, 2020 9:57 AM | | | |
| | Jul 28, 2020 8:06 AM | | | |
| | Jul 27, 2020 8:53 PM | | | |