# **EXHIBIT L**

**From:** Alison Berry Wilkinson alison@berrywilkinson.com
**Subject:** Re: John Whitney Lawsuit
**Date:** August 4, 2020 at 11:29 AM
**To:** Justin Buffington jbuffington@rlslawyers.com
**Cc:** Rains Michael L. mrains@rlslawyers.com



Justin,
Thank you for the call right now.  I am glad we were able to straighten that out, and I very much appreciated your apology.

As we discussed, John Whitney never named or "dimed out" McMahon to anyone, let alone the press, and released no confidential information. Nothing Whitney said in his claim, pending lawsuit, or to the press pointed toward McMahon.

Indeed, what Whitney does know makes him an ally for McMahon.  Both of them have similar experiences - the City running roughshod over their POBR, due process, and other statutory rights.  When you get a copy of the lawsuit, you'll see what I mean.  Moreover, it seems to me that Whitney is chief witness for the defense if they come after Ryan on the badge bending because he can confirm the discovery timeline for a statute of limitations defense.

As we also discussed, I personally have great fondness for having known him both at Sausalito PD and Central Marin. When I learned Ryan was part of the badge bending, my personal opinion (shared with no one other than you and my client) was that Ryan is a good person who fell in with the wrong crowd and was likely pressured into having his badge bent.  My client holds the same view.

I'd be interested in a copy of the Petition you filed for McMahon.  If you would be so kind as to forward a copy over, I would greatly appreciate it.  Given what you told me, I'm wondering if I can use that to establish a POBR violation pattern for 3309.5 malice purposes.

Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Toll Free Number:  855.481.1179
Facsimile:  877.259.3762

---

On Aug 4, 2020, at 10:36 AM, Justin Buffington <jbuffington@rlslawyers.com> wrote:

I believe that your client released confidential and privileged personnel information about Officer McMahon.

Justin E. Buffington
Attorney at Law
RAINS LUCIA STERN
ST. PHALLE & SILVER, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Ph. (925) 609-1699
Fax (925) 609-1690
www.rlslawyers.com

*****************************************************************
NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an

intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
*********************************************************************

**From:** Alison Berry Wilkinson [mailto:alison@berrywilkinson.com]
**Sent:** Tuesday, August 04, 2020 10:27 AM
**To:** Justin Buffington
**Cc:** Michael Rains
**Subject:** Re: John Whitney Lawsuit

Good morning Justin,

Certainly; however, the lawsuit has not yet been filed.  I'll make a note to send you a courtesy copy once it is finalized and submitted to the Court, which will likely be later this week.

It is my understanding your office represents both Officer Ryan McMahon and Lt. Michael Nichelini.   Please let me know if you are representing anyone else in connection with this matter.

And, just FYI, neither McMahon nor Nichelini are named in the lawsuit.  But, I am concerned with the news reports in which Nichelini has come out making aggressive statements suggesting Whitney has fabricated his claims.  Of course, since news folks sometimes misquote people, I am assuming what he said was that he didn't know of the practice, not that Whitney's claims were false.  Please correct me if I am wrong.

Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Toll Free Number:  855.481.1179
Facsimile:  877.259.3762

> On Aug 4, 2020, at 10:14 AM, Justin Buffington <jbuffington@rlslawyers.com> wrote:
>
> Good morning Alison,
>
> Would you be so kind as to supply myself and Mike with a courtesy copy of the lawsuit you filed on behalf of your client John Whitney?
>
> Sincerely,
>
> Justin
>
> Justin E. Buffington
> Attorney at Law
> **Rains Lucia Stern**
> **St. Phalle & Silver, PC**
> 2300 Contra Costa Blvd., Suite 500
> Pleasant Hill, CA 94523
> Ph. (925) 609-1699
> Fax (925) 609-1690
> www.rlslawyers.com
>
> *****************************************************************
> NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
> *****************************************************************