# EXHIBIT M

Call History Archive

| | | | | |
|---|---|---|---|---|
| ↙ | Aug 4, 2020 1:41 PM | | | |
| ↙ | Aug 4, 2020 1:26 PM | | | |
| ↙ | Aug 4, 2020 12:26 PM | | | |
| ↙ | Aug 4, 2020 11:55 AM | | | |
| ↗ | Aug 4, 2020 10:46 AM | 19 Minutes | +19254088110 | Buffington Justin |
| ↙ | Aug 4, 2020 10:37 AM | 1 Minute | 9254088110 | Buffington Justin |
| ↙ | Aug 4, 2020 9:43 AM | | | |
| ↗ | Aug 4, 2020 9:33 AM | | | |
| ↗ | Aug 4, 2020 9:27 AM | | | |
| ↗ | Aug 4, 2020 9:04 AM | | | |
| ↗ | Aug 3, 2020 5:45 PM | | | |
| ↗ | Aug 3, 2020 5:10 PM | | | |
| ↙ | Aug 3, 2020 4:27 PM | | | |
| ↙ | Aug 3, 2020 4:15 PM | | | |
| ↙ | Aug 3, 2020 3:42 PM | | | |
| ↗ | Aug 3, 2020 2:57 PM | | | |
| ↗ | Aug 3, 2020 2:15 PM | | | |
| ↙ | Aug 3, 2020 12:36 PM | | | |
| ↗ | Aug 3, 2020 12:25 PM | | | |
| ↗ | Aug 3, 2020 11:42 AM | | | |
| ↙ | Aug 3, 2020 11:28 AM | | | |
| ↙ | Aug 3, 2020 10:54 AM | | | |
| ↙ | Aug 3, 2020 10:27 AM | | | |
| ↗ | Aug 3, 2020 8:56 AM | | | |
| ↗ | Aug 3, 2020 8:38 AM | | | |
| ↗ | Aug 2, 2020 8:08 PM | | | |
| ↙ | Aug 2, 2020 8:07 PM | | | |
| ↙ | Aug 2, 2020 3:40 PM | | | |
| ↙ | Aug 1, 2020 9:16 PM | | | |
| ↙ | Aug 1, 2020 9:06 PM | | | |
| ↙ | Aug 1, 2020 7:00 PM | | | |
| ↗ | Aug 1, 2020 4:37 PM | | | |
| ↗ | Jul 31, 2020 3:40 PM | | | |
| ↗ | Jul 31, 2020 12:41 PM | | | |
| ↗ | Jul 31, 2020 11:59 AM | | | |
| ↙ | Jul 31, 2020 11:50 AM | | | |
| ↗ | Jul 31, 2020 11:43 AM | | | |
| ↙ | Jul 30, 2020 8:41 PM | | | |
| ↗ | Jul 30, 2020 7:02 PM | | | |
| ↙ | Jul 30, 2020 6:35 PM | | | |
| ↙ | Jul 30, 2020 5:00 PM | | | |
| ↙ | Jul 30, 2020 11:34 AM | | | |
| ↗ | Jul 30, 2020 11:23 AM | | | |
| ↙ | Jul 30, 2020 11:01 AM | | | |
| ↗ | Jul 30, 2020 9:59 AM | | | |
| ↗ | Jul 29, 2020 7:20 PM | | | |
| ↗ | Jul 29, 2020 6:32 PM | | | |
| ↙ | Jul 29, 2020 6:30 PM | | | |
| ↙ | Jul 29, 2020 5:07 PM | | | |
| ↗ | Jul 29, 2020 5:05 PM | | | |
| ↙ | Jul 29, 2020 4:53 PM | | | |
| ↙ | Jul 29, 2020 4:35 PM | | | |
| ↙ | Jul 29, 2020 4:15 PM | | | |
| ↙ | Jul 29, 2020 4:04 PM | | | |
| ↙ | Jul 29, 2020 3:46 PM | | | |
| ↗ | Jul 29, 2020 3:22 PM | | | |
| ↗ | Jul 29, 2020 3:22 PM | | | |
| ↙ | Jul 29, 2020 2:52 PM | | | |
| ↗ | Jul 29, 2020 2:39 PM | | | |
| ↙ | Jul 29, 2020 2:38 PM | | | |
| ↙ | Jul 29, 2020 2:32 PM | | | |
| ↙ | Jul 29, 2020 2:28 PM | | | |