# EXHIBIT N

**From:** Justin Buffington jbuffington@rlslawyers.com
**Subject:** Ryan McMahon
**Date:** October 23, 2020 at 1:42 PM
**To:** alison@berrywilkinson.com

Good afternoon Alison,

I hope you week went well and your Friday is giving you a happy push into the weekend. I am in the very early stages of drafting an MPA in support of Ryan McMahon's petition for writ of mandate. One of his causes of action is related to our claim that the department violated Gov. Code 3304(d) relative to discipline for his use of his personally owned patrol rifle. The department fired Ryan, in part, because it found that (1) he had a trigger grouping modification (which he had installed when he worked for Central Marin) and because he was using his personally owned patrol rifle without the chief's permission.

I have a Vallejo Police Department range qualification form that Capt. Whitney signed in September of 2017, which indicates that he was a force options instructor at a training during which McMahon shot his pistol, a shotgun and his personally owned patrol rifle.

I was wondering of Capt. Whitney would be willing to sign a declaration indicating that he was aware that Officer McMahon was using his personally owned patrol rifle in the line of duty as early as September 2017?

Thank you so much for your time and have a great weekend!

Justin

Justin E. Buffington
Attorney at Law
**Rains Lucia Stern**
**St. Phalle & Silver, PC**
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Ph. (925) 609-1699
Fax (925) 609-1690
www.rlslawyers.com

*********************************************************************
NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your

choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
****************************************************************