# **EXHIBIT P**

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco     1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP   Document 31-18   Filed 01/14/24   Page 2 of 14

Watch ABC7 newscasts on demand


The 10 Best Senior Housing Locations (#1 Is Extremely Cheap)
Local Senior Apartments
TruSeniorLiving
OPEN

 menu      ▶ WATCH LIVE   ☀ 53° San Francisco, CA  EDIT   Log In

# I-TEAM EXCLUSIVE: Former Vallejo PD captain speaks out, claims he was fired for whistleblowing

By Melanie Woodrow 
Thursday, December 24, 2020

   

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco  1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP   Document 31-18   Filed 01/14/24   Page 3 of 14



A former Vallejo Police Department Captain is speaking out. Captain John Whitney claims in a new lawsuit he was fired for whistleblowing.
KGO

VALLEJO, Calif. (KGO) -- A former Vallejo Police Department captain is speaking out. Captain John Whitney claims in a new lawsuit he was fired for whistleblowing, including raising allegations of officers bending their badges to commemorate their involvement in an officer-involved shooting.

He spoke to ABC7 News I-Team reporter Melanie Woodrow in a story you'll see Only On 7.

Former Vallejo Police Department Captain John Whitney claims he was fired for reporting unlawful, unethical and corrupt behavior within the Vallejo Police Department.

"Officers were not held accountable," said Whitney.

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco                1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP    Document 31-18    Filed 01/14/24    Page 4 of 14

**RELATED:** [Vallejo officer involved in 2 fatal shootings fired for 'unsafe conduct,' 'neglect for basic firearm safety'](#)



The allegations are outlined in a new lawsuit Whitney is bringing against the city, police department, former chiefs Joseph Allio and Andrew Bidou, along with city manager Greg Nyhoff.

In the complaint, Whitney claims in February of 2019 two department firearms instructors alerted him that Officer Ryan McMahon had embedded the words "Veritas Aequitas" on his firearm end-plate. The Latin words mean "truth" and "justice."

"My concern is what could it mean to him? Does he believe he's invoking justice upon the community? And that's certainly a concern," said Whitney.

In an emailed statement, McMahon's attorney tells the I-Team in

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco                                   1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP    Document 31-18    Filed 01/14/24    Page 5 of 14

part, "The inscription is directly related to Officer McMahon's Roman Catholic faith."

Also, "The matter was investigated by the Vallejo Police Department and Interim-Chief Allio determined that Officer McMahon had not violated department policy."



**I-TEAM: [3 former Vallejo city employees say city manager fired them for whistleblowing](#)**

According to his lawsuit, Whitney reported it up the chain of command and advocated an internal investigation be conducted.

McMahon was placed on administrative leave and required to surrender his badge.

"The internal affairs sergeant had discovered that his badge was not sitting flush on the table and brought it to my attention and Chief Bidou's attention and what we discovered was the two

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco    1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP    Document 31-18    Filed 01/14/24    Page 6 of 14

points on the badge had been bent and the sergeant went back and talked to officer McMahon and was told that the bends were as a result of another officer bending them and it was done because he had been in two officer-involved shootings," said Whitney.

"Officers were bending their badges to commemorate when they were in an officer-involved shooting and each bend signified a shooting that they had been in," Whitney continued.



Captain Whitney claims he insisted Chief Bidou conduct an internal investigation into badge bending but Chief Bidou refused.

Instead Whitney says Chief Bidou had him instruct sergeants, lieutenants and captains to collect and turn in all bent badges. He says approximately 10 were collected.

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco    1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP   Document 31-18   Filed 01/14/24   Page 7 of 14

**RELATED:** [Vallejo police chief says investigation underway into police officers association's email to reporter](#)

"Chief Andrew Bidou told me to get those badges back to the officers and have them all repair them themselves and pay for the repairs themselves. He was afraid that if the badges had been returned to the badge repair company or the badge making company that it would generate a bill that finance would see and there'd be questions about why so many badges had to be repaired," said Whitney.

McMahon's attorney would not address allegations of badge bending.



**New CA law requires bars and n... offer 'roofie' tests: Here's what t...**

Whitney also alleges, while serving as acting police chief when Chief Bidou was on vacation, he told city manager Greg Nyhoff what he heard supervisors were doing the night officers shot and

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco  1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP    Document 31-18    Filed 01/14/24    Page 8 of 14

killed Willie McCoy at a Taco Bell drive-thru.

**RELATED: [Community outraged after man shot, killed by police at Taco Bell drive-thru in Vallejo](#)**

"The supervisors were apparently in the police department watching Netflix, both supervisors," said Whitney.

Whitney says he sent the information to Chief Bidou.

"He did not want an investigation conducted because it would add further liability to the department for the failure to supervise," said Whitney.

Officer Ryan McMahon was one of the officers who fired his gun that night. On Sept. 30 of this year, current VPD Chief Shawny Williams fired McMahon for violating department policies by engaging in "unsafe conduct and neglect for basic firearm safety."

While VPD would not provide more detail, a civil rights attorney for McCoy's family has said McMahon was let go because there was another officer in his line of fire during the McCoy shooting.

Whitney's lawsuit outlines allegations of additional mismanagement he says he reported, including Chief Bidou allegedly changing the 2017 sergeant's promotional exam to benefit Police Officers' Association President Mat Mustard.

"Had the original weights stayed, I don't believe he would have

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit...ks out, claims he was fired for whistleblowing - ABC7 San Francisco	1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP    Document 31-18    Filed 01/14/24    Page 9 of 14

promoted at that time," said Whitney.

Mustard was the lead detective on the 2015 Denise Huskins kidnapping case Vallejo police mistakenly called a hoax.

Whitney says he was in the room when Chief Bidou allegedly instructed Lt. Kenny Park before a now infamous press conference.

"The fact that we've essentially wasted all of these resources for really nothing is upsetting," said Lt. Park during the 2015 presser.

"Chief Bidou told Lt. Park to burn that b****," said Whitney.

Huskins recorded this [exclusive statement for ABC7 News](): "In their eyes, if you're a woman - you're another "bit**" to burn; if you're a person of color - you're another 'criminal' to kill. It's horrific, and the community of Vallejo deserves better."

**I-TEAM EXCLUSIVE: [Vallejo police face new misconduct allegations in 'Gone Girl' kidnapping case]()**

According to Whitney's lawsuit, within weeks of reporting mismanagement of the department to the city manager and mayor, Chief Bidou ordered an investigation into Captain Whitney.

His attorney Alison Berry Wilkinson says Whitney was fired in August of 2019 for factory resetting his department-owned

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco                1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP    Document 31-18    Filed 01/14/24    Page 10 of 14

cellphone before turning it in for inspection.

"We have the evidence that his phone was used to access several of Whitney's personal accounts after it had been surrendered to the police department. If the data on his phone had been deleted as they allege, that would have been impossible," said Wilkinson.

Whitney believes the department terminated him because he was a whistleblower.

"I was doing everything I could to make the Vallejo Police Department a better place," said Whitney.

A city spokesperson says Whitney and his attorney have not served the city with the civil lawsuit yet.

**EXCLUSIVE: [Man killed by Vallejo police pronounced dead 1 hour after shooting, death announced by department 38.5 hours after shooting](#)**

In an emailed statement, the spokesperson tells the I-Team in part, "Mr. Whitney did not raise badge bending claims or allegations relating to PD staff watching Netflix on duty in either his tort claim or in the administrative hearing provided to him. In addition, Mr. Whitney never filed any whistleblowing complaints with the City during his employment."

On July 31 of this year, Chief Williams launched an independent, third-party investigation into allegations of badge bending by

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco    1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP   Document 31-18   Filed 01/14/24   Page 11 of 14

Vallejo Police Officers after saying the city received statements from two different sources within the Vallejo Police Department that badge bending occurred.

The department did not respond to the I-Team's requests for comment on the status of the investigation or Whitney's allegations. The I-Team attempted to reach former chief Bidou for comment but did not hear back from him.

**For a look at more stories and videos by the ABC7 News I-Team go here.**

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit...ks out, claims he was fired for whistleblowing - ABC7 San Francisco    1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP    Document 31-18    Filed 01/14/24    Page 12 of 14

## Send tips to the ABC7 News I-Team

You are our most important resource and your tips can bring about change. Please share them using this form.

**Name**

First Name

Last Name

**Phone**

**Email**

**Comment or question**

File

(File uploads have been disabled for this form.)

Submit Form

Powered by Formstack  Create your own form ›

[Report A Correction Or Typo](#)

Copyright © 2024 KGO-TV. All Rights Reserved.

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco    1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP   Document 31-18   Filed 01/14/24   Page 13 of 14

# Related Topics

VALLEJO   POLICE SHOOTING   OFFICER INVOLVED SHOOTING

I TEAM   POLICE OFFICER   POLICE

**FROM THE WEB**                                  Promoted Links by Taboola

### Tired Of Turkey Neck? Plastic Surgeon Says To Do This Daily
Beverly Hills MD

### Why 'Nature's Adderall' Is Taking Over The Internet
Health Headlines                                              Buy Now

### Danny Masterson admitted to state prison on rape conviction as mugshot released

### Former Olympian, legendary Bay Area swim coach Rich Thornton dies at 65 on Santa Cruz Co. beach

### California law banning the carrying of firearms in most public places is blocked again

### Heart Surgeon: If You Eat Avocado Everyday, This Is What Happens
Gundry MD

### This Cold Drink Might Trigger Your Prostate
Healthy Guru                                                  Read More

### Put 1 Scoop Of This Into Your Toilet And Watch What Happens
Splash Foam

I-TEAM EXCLUSIVE: Former Vallejo Police Department Captain John Whit…ks out, claims he was fired for whistleblowing - ABC7 San Francisco	1/7/24, 3:14 PM

Case 2:23-cv-01972-KJM-JDP   Document 31-18   Filed 01/14/24   Page 14 of 14

Home
Weather
Traffic
Watch
Photos
Apps

San Francisco
East Bay
South Bay
Peninsula
North Bay

Building A Better Bay Area
Take Action Resources
7 On Your Side
I-Team
Equity Report
Feel Good Stories

About ABC7 Bay Area
ABC7 Newsteam Bios
#ABC7Now: Connect with ABC7
Take Action in Your Community
ABC7 Jobs & Internships
Contests, Promotions, & Rules

Follow Us:

Privacy Policy	Do Not Sell or Share My Personal Information	Children's Privacy Policy	Your US State Privacy Rights
Terms of Use	Interest-Based Ads	Public Inspection File	FCC Applications
Copyright © 2024 ABC, Inc., KGO-TV San Francisco. All Rights Reserved.