# EXHIBIT Q

# Berry | Wilkinson | Law Group

*Alison Berry Wilkinson*
*alison@berrywilkinson.com*

September 26, 2023

*Via Electronic Mail [lenalbert@InteractiveCounsel.com] and U.S. Priority Mail*

Lenore L. Albert
Law Offices of Lenore Albert
1968 Coast Hwy #3960
Laguna Beach, CA 92651

> **Re: Written Demand to Remove Home Address of John Whitney from Public Display on the Internet, and to Cease Communicating Directly With a Represented Person**

Dear Ms. Albert:

     I write on behalf of John Whitney, who received, at his home address, a copy of a document entitled: Notice Declining to Relate Cases in the matter of *Ryan McMahon v. John Whitney*, U.S.D.C. E.D. Case No. 2:23-cv-01972-KJM-JDP. Attached to the document was a proof of service indicating it had been mailed from your offices on September 21, 2023.

     I write for two reasons. First, at the time you mailed the Notice to Officer Whitney, you were aware that he was represented by this office. Indeed, I wrote to you by email on Monday, September 18, 2023 at 7:00 p.m. and included in the forwarded email chain a reference to John Whitney as "my client." That email chain also noted that your client was aware Officer Whitney is an active police officer in the State of California. You acknowledged that email at 7:13 p.m. that same day.

     As you are no doubt aware, California Rule of Professional Conduct 4.2 prohibits a lawyer from communicating directly or indirectly with a person the lawyer knows to be represented, unless the lawyer has the consent of the other lawyer. You did not have my consent to communicate with my client by mail or any other means. Please refrain from communicating directly or indirectly with my client, including sending any paperwork to his home address, whether by delivery service, mail, courier, process server or any other means. All communications from you, or any employee or agent of your office, should be directed to me.

     Second, I write pursuant to California Government Code section 7928.215 to make a formal written demand that you remove my client's home address from public display on the internet. As you are aware, John Whitney is currently employed as a peace officer in the State of California. A review of the on-line docket in the matter of *Ryan McMahon v. John Whitney*, U.S.D.C. E.D. Case No. 2:23-cv-01972-KJM-JDP reveals that you filed the Notice Declining to Relate Cases as Document No. 5 on a publicly available website without first redacting my client's home address from the proof of service. As a result, Officer Whitney's home address is now on public display on the internet. As required by California Government Code section 7928.215, please ensure, within 48 hours, that Officer Whitney's home address is removed from public display on the court website and ensure that this information is not reposted.

      I thank you in advance for your courteous and prompt attention to these important matters. If direct discussion concerning the matters raised herein would be helpful, please do not hesitate to reach out to me by telephone (415.259.6638) or electronic mail (alison@berrywilkinson.com).

      Very truly yours,

      Berry | Wilkinson | Law Group

      Alison Berry Wilkinson

Cc: John Whitney