# EXHIBIT R

Lenore L. Albert, Esq. SBN 210876
Email: lenalbert@InteractiveCounsel.com
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Attorney for Plaintiff, RYAN MCMAHON

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, an individual,<br>　　　　　　　Plaintiff,<br>vs.<br><br>JOHN WHITNEY, SHANE BOWER,<br>CITY OF VALLEJO; and DOES 1 through<br>10, inclusive,<br>　　　　　　　Defendants. | CASE NO. 2:23-cv-01972-KJM-JDP<br><br>Assigned to the Hon. Kimberly J. Mueller<br>Crtm. 3 – Fifteenth Floor<br>Complaint filed: 09-13-2023<br><br>**NOTICE DECLINING TO RELATE<br>CASES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

**RECORD:**

**PLEASE TAKE NOTICE THAT** Judge Mendez declined to relate this case to

either *I.F. v City of Vallejo,* Case No. 2:18-cv-00673-JAM-CKD or *McCoy v City of*

*Vallejo*, Case No. 2:19-cv-01191-JAM-CKD.

Dated: September 18, 2023

　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　LAW OFFICES OF LENORE ALBERT
　　　　　　　　　　　　/s/ LENORE ALBERT＿＿＿＿＿＿
　　　　　　　　　　　　LENORE L. ALBERT, ESQ.
　　　　　　　　　　　　Attorney for Plaintiff, RYAN MCMAHON

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:
 I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On September 18, 2023, I served a copy of the following document(s) described as:

**NOTICE DECLINING TO RELATE CASES**


On the interested parties in this action as follows:

**For Defendant John Whitney:**
John Whitney
3007 Eagles Nest Ct
Vacaville, CA 95688

**For Defendant Shane Bower:**
Shane Bower
Lieutenant Bower is Tuesday through Thursday 9 am to 5 pm.
Vallejo Police Department
111 Amador St, Vallejo, CA 94590
**Phone:** (707) 648-4321

**For Defendant City of Vallejo:**
City of Vallejo
DAWN G. ABRAHAMSON
CITY CLERK - CITY OF VALLEJO
CITY HALL
555 SANTA CLARA STREET, 3RD FLOOR
VALLEJO, CA 94590

**[] BY E-SERVE and EMAIL –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.

**[X] BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the aforementioned addressee(s).

 I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: September 21, 2023

 _/s/James D. Ocon_____
        James D. Ocon

**2**
**NOTICE DECLINING TO RELATE CASES**
*McMahon v Whitney, et al*   2:23-cv-01972-KJM-JDP