# **EXHIBIT T**

Call History Archive

| | | | | |
|---|---|---|---|---|
| ↗ | Jul 18, 2020 9:56 PM | 20 Minutes | | |
| ↘ | Jul 18, 2020 5:19 PM | Missed Call | | |
| ↗ | Jul 18, 2020 9:04 AM | 22 Seconds | | |
| ↙ | Jul 17, 2020 8:03 PM | 16 Minutes | | |
| ↙ | Jul 17, 2020 7:32 PM | 11 Minutes | | |
| ↙ | Jul 17, 2020 5:49 PM | 41 Minutes | | |
| ↙ | Jul 17, 2020 5:36 PM | 12 Minutes | | |
| ↘ | Jul 17, 2020 5:01 PM | Missed Call | | |
| ↙ | Jul 17, 2020 4:03 PM | 2 Minutes | | |
| ↘ | Jul 17, 2020 3:25 PM | Missed Call | | |
| ↗ | Jul 17, 2020 2:34 PM | 22 Minutes | | |
| ↙ | Jul 17, 2020 2:15 PM | 6 Minutes | | |
| ↘ | Jul 17, 2020 1:17 PM | Missed Call | | |
| ↘ | Jul 17, 2020 1:08 PM | Missed Call | | |
| ↘ | Jul 17, 2020 11:34 AM | Missed Call | | |
| ↘ | Jul 17, 2020 11:21 AM | Missed Call | | |
| ↗ | Jul 17, 2020 11:10 AM | 43 Seconds | | |
| ↙ | Jul 17, 2020 10:32 AM | 22 Minutes | | |
| ↗ | Jul 17, 2020 10:01 AM | 14 Minutes | | |
| ↙ | Jul 17, 2020 9:51 AM | 2 Minutes | | |
| ↙ | Jul 17, 2020 9:36 AM | 6 Minutes | | |
| ↘ | Jul 17, 2020 9:27 AM | Missed Call | | |
| ↗ | Jul 17, 2020 9:19 AM | 12 Minutes | | |
| ↘ | Jul 17, 2020 8:00 AM | Missed Call | | |
| ↙ | Jul 16, 2020 6:35 PM | 1 Minute | | |
| ↙ | Jul 16, 2020 6:22 PM | 12 Minutes | | |
| ↙ | Jul 16, 2020 6:20 PM | 1 Minute | | |
| ↙ | **Jul 16, 2020 6:15 PM** | **3 Minutes** | | Ryan McMahon |
| ↘ | Jul 16, 2020 6:11 PM | Missed Call | | |
| ↘ | Jul 16, 2020 6:10 PM | Missed Call | | |
| ↙ | Jul 16, 2020 5:53 PM | 20 Minutes | | |
| ↙ | Jul 16, 2020 5:50 PM | 55 Seconds | | |
| ↙ | Jul 16, 2020 4:51 PM | 2 Seconds | | |
| ↙ | Jul 16, 2020 4:16 PM | 23 Minutes | | |
| ↙ | Jul 16, 2020 3:51 PM | 5 Minutes | | |
| ↗ | Jul 16, 2020 2:40 PM | 40 Seconds | | |
| ↙ | Jul 16, 2020 2:24 PM | 10 Minutes | | |
| ↘ | Jul 16, 2020 2:05 PM | Missed Call | | |
| ↗ | Jul 16, 2020 1:34 PM | 7 Minutes | | |
| ↘ | Jul 16, 2020 1:25 PM | Missed Call | | |
| ↙ | Jul 16, 2020 1:04 PM | 2 Minutes | | |
| ↙ | Jul 16, 2020 12:51 PM | 8 Minutes | | |
| ↘ | Jul 16, 2020 12:30 PM | Missed Call | | |
| ↘ | Jul 16, 2020 12:09 PM | Missed Call | | |
| ↘ | Jul 16, 2020 11:53 AM | Missed Call | | |
| ↗ | Jul 16, 2020 11:37 AM | 36 Seconds | | |
| ↘ | Jul 16, 2020 11:15 AM | Missed Call | | |
| ↗ | Jul 16, 2020 11:14 AM | 12 Minutes | | |
| ↘ | Jul 16, 2020 11:14 AM | Missed Call | | |
| ↙ | Jul 16, 2020 10:44 AM | 1 Minute | | |
| ↘ | Jul 16, 2020 9:19 AM | Missed Call | | |
| ↗ | Jul 16, 2020 9:18 AM | 16 Minutes | | |
| ↙ | Jul 16, 2020 8:51 AM | 2 Minutes | | |
| ↙ | Jul 16, 2020 8:34 AM | 13 Minutes | | |
| ↗ | Jul 15, 2020 8:12 PM | 11 Minutes | | |
| ↙ | Jul 15, 2020 3:57 PM | 6 Minutes | | |
| ↙ | Jul 15, 2020 3:27 PM | 6 Seconds | | |
| ↗ | Jul 15, 2020 3:20 PM | 5 Minutes | | |
| ↘ | Jul 15, 2020 3:09 PM | Missed Call | | |
| ↗ | Jul 15, 2020 2:56 PM | 22 Minutes | | |
| ↙ | Jul 15, 2020 2:46 PM | 59 Seconds | | |