# EXHIBIT U

**From:** Alison Berry Wilkinson alison@berrywilkinson.com
**Subject:** Re: Correspondence Concerning the matter of McMahon v. Whitney, et al.
**Date:** October 6, 2023 at 2:46 PM
**To:** albert lenore lenalbert@interactivecounsel.com
**Cc:** Knight Katelyn katelyn.knight@cityofvallejo.net

Dear Ms. Alb
I am in receipt of your email below.  To be honest, the accusations and suppositions are so far-fetched and baseless that I was initially speechless.   Nothing you said is true or valid.  My actions have been, and continue to be, both professional and legitimate.

With regard to the CPRA request, as I previously advised (see my email of October 6, 2023 sent at 11:10 a.m.), I requested a copy of Mr. McMahon's claim using a lawful method (the CPRA) because (1) you were in the hospital and I did not want to trouble you for a copy while you were unwell, and (2) because I could not tell from the complaint filed whether there had been compliance with the Government Tort Claims Act.

As to issue of service, I have not asked my client to avoid personal service.  Nor has he avoided personal service.  As I indicated previously (see my email of September 28, 2023 sent at 6:04 p.m.), my client was out of town and receiving camera notifications about people who came to his door.  Several looked like process servers.  I requested you coordinate service through my office.  Thereafter, (at 8:43 p.m. on September 28, 2023) advised you were welcome to send me a waiver of service pursuant to FRCP 4(d).

As to evidence preservation, I understand the obligations that apply, and am in compliance.  Please do the same.

Finally, since you are obviously back at work, I would be grateful if you confirm that you have, as previously agreed, sealed the proof of service you filed that contains my client's home address.

With regards,
Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry Wilkinson Law Group
165 North Redwood Drive, Ste. 206
San Rafael, CA 94903

Telephone: 415.259.6638
Facsimile: 877.259.3762

> On Oct 6, 2023, at 10:29 AM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>
> Are your actions showing you are a Doe Defendant in this case? Are you a co-conspirator? A leaker of confidential information? Have you misused your office? You have misquoted the law and asked your client to act unlawfully in avoiding personal service. Is your aggression based on hiding that you have been one of the people personally taking confidential information and leaking it to the press and now want to cover your tracks with a CPRA?
>
> Save my client some time here and just tell me now so I don't have to seek judicial intervention.
>
> I had a case once when working for the government and showed how the "attorney" representing the "client" who pulled off a dump and pump scheme was also a co-conspirator. So this show is not something new to me. Two co-defendants died in that case once the attorney was sussed out. One died of a heart attack on Catalina Island and the other fell off a cliff in Laguna Hills. Co-defendants don't have trouble covering their tracks, but I won't let you or anyone else cover these tracks here.
>
> Please do NOT delete any email communications, any hard drives, sticks

**1**

Please do NOT delete any email communications, any hard drives, sticks, cellphone voice mails, text messages or history with your client or the Vallejo Sun or any other counsel in any related matter which I previously gave notice of (and direct your client Whitney to preserve the same).

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Monday, October 2, 2023 at 01:11:31 AM PDT, Alison Berry Wilkinson

On Monday, October 2, 2023 at 01:11:31 AM PDT, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:

Dear Ms. Albert,
We obviously have very different views of what the rules require.  As you are clearly unwell, I believe it would be more appropriate to continue this discussion after you have recovered.  Please concentrate on getting better and contact me when you are released and available to address these issues.

As to service, as indicated previously, John Whitney is my client, and you are welcome to send me a waiver of service to complete pursuant to FRCP 4(d).  I am authorized to accept that on his behalf.  To be clear, there will be no objection to the service if you effect it this way instead of by personal service. By doing this, we are meeting Mr. Whitney's duty to avoid the costs of service.  As noted in the Rutter Guide:

> The federal "waiver of service" rule is designed to encourage defendants to waive service of summons, to eliminate the costs of effecting service and "to foster cooperation among adversaries and counsel." [Committee Notes to 1993 Amendments to FRCP 4, 146 FRD 401, 572]
>
> E. Waiver of Service, Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 5-E

Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

> On Sep 28, 2023, at 6:27 PM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>
> Dear council are you saying that you represent him in this new matter you have not made an appearance in representing him I am still in the hospital I've been in the hospital for a week The rules are clear he is not represented with counsel until you actually give notice that he's represented by counsel The rules are still clear that he must be personally served are you saying that you will accept service upon his behalf I don't think that you understand the rules when it comes to proof of service or what it means to be appearing as counsel just because your counsel on one case does not automatically make you counsel on all cases and if you are you're supposed to give me immediate notice and you failed to do so this is not the way to start a professional relationship I hope you can readjust your expectations thank you
> Finally understand I'm doing this talk to text from my hospital bed which I've been in all week I'm very very sick and I am unavailable generally.
> Lenore Albert
>
> Sent from Yahoo Mail on Android
>
> On Thu, Sep 28, 2023 at 9:56 AM, Alison Berry Wilkinson
> <alison@berrywilkinson.com> wrote:

3

> Thank you, Ms. Albert for your perspective.
>
> However, because this is happening at your direction, you are contacting my client indirectly despite knowing he is represented. That makes it improper under the State Bar Rules. The reason: Personal service is not the exclusive method available for service of process. Both the Federal Rules of Civil Procedure and the California Code of Civil Procedure authorize alternate methods that can (and generally are) used where the person to be served is known to be represented by counsel. Please use one of those methods. You are also welcome to send me a waiver of service to complete.
>
> Please also promptly seal the proof of service in federal court. While I understand you are unwell, it appears that you are able to work, and so I am hopeful you will complete that within the statutory time period required by California law.
>
> Alison
>
> Alison Berry Wilkinson
> alison@berrywilkinson.com
>
> Sent from my iPad
>
>> On Sep 28, 2023, at 9:37 AM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>>
>> Counsel,
>> A process server is serving a complaint and summons at his home as required by Code. There is nothing improper about that
>>
>>
>> [Sent from Yahoo Mail on Android](#)
>>
>> On Thu, Sep 28, 2023 at 9:34 AM, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:
>>
>>> Good morning,
>>> Thank you for your message. I am sorry to hear you are unwell, and wish you a speedy recovery.
>>>
>>> From our perspective, it does look like your office has contacted my client directly once (by sending mail to his home) and has made multiple indirect efforts.
>>>
>>> First there was the telephone call by your client to my client. I am advised the call taker reported he wanted to know my client's work schedule so process could be served. I appreciated you asking him not to make such calls.
>>>
>>> Now, although my client is out of town, his cameras show what appears to be multiple people coming to his house. If those are process servers working as your agents, please tell them to stop, and instead coordinate service through my office.
>>>
>>> Thank you. I do wish for you good health, and to get well soon!
>>>
>>> With regards,
>>>
>>> Alison
>>> Alison Berry Wilkinson
>>> Sent from my iPad

4

> On Sep 27, 2023, at 6:09 AM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>
> I'm in the hospital now. I haven't tried communicating with your client I will move to seal the proof of service when I get out. Not sure when. Been here since last weekend.
> Lenore Albert
>
> Sent from Yahoo Mail on Android
>
> On Tue, Sep 26, 2023 at 3:06 PM, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:
>
>> Dear Ms. Albert,
>> Attached please find self-explanatory correspondence that serves two purposes: (1) to request that you cease communicating, both directly and indirectly, with my client John Whitney, and (2) to make a formal, written demand pursuant to California Government Code section 7928.215 that, within 48-hours, you ensure the removal of my client's home address from public display on the internet.
>>
>> I thank you in advance for your cooperation, courtesy, and prompt attention to this important matter. If direct discussion would be helpful, please do not hesitate to reach out to me by telephone (415.259.6638) or email (alison@berrywilkinson.com).
>>
>> With regards,
>> Alison
>>
>> Alison Berry Wilkinson
>> alison@berrywilkinson.com
>>
>> Berry | Wilkinson | Law Group
>> 165 North Redwood Drive, Ste 206
>> San Rafael, CA 94903
>>
>> Telephone:  415.259.6638
>> Facsimile:  877.259.3762
>>
>>> On Sep 18, 2023, at 7:13 PM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>>>
>>> Ms. Wilkinson,
>>>
>>> Thank you for your email. I have asked my client to refrain from making those calls in the future.
>>>
>>> Sincerely,
>>>
>>> Lenore Albert, Esq.
>>> **Law Offices of Lenore Albert**
>>> 1968 S. Coast Hwy #3960
>>> Laguna Beach, CA 92651
>>> Phone: 424-365-0741
>>> https://InteractiveCounsel.com
>>>
>>> *Consumer trial lawyer serving Michigan and California residents*

5

---

Also, President & CEO
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**

### Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Monday, September 18, 2023 at 07:00:49 PM PDT, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:

Dear Ms. Albert,
I learned today that you may represent former Vallejo Police Officer Ryan McMahon.  Based on that information, I am forwarding the attached email chain to you.
Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638

6

Facsimile:  877.259.3762

Begin forwarded message:

**From:** Justin Buffington <jbuffington@rlslawyers.com>
**Subject: Re: Ryan McMahon**
**Date:** September 15, 2023 at 11:13:50 AM PDT
**To:** Alison Berry Wilkinson <alison@berrywilkinson.com>

Hi Allison,

We don't rep him anymore due to a conflict ther developed involving another VPOA member. I don't know who represents him.

Justin E. Buffington
Attorney at Law
**Rains Lucia Stern**
**St. Phalle & Silver, PC**
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
Ph. (925) 609-1699
Fax (925) 609-1690
www.rlslawyers.com

***********************************************************************
NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
***********************************************************************

> On Sep 15, 2023, at 11:02 AM, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:
>
>  Hi Justin,
>
> I am not sure if you are still representing Ryan McMahon, but he called the El Cerrito Police Department looking for my client, John Whitney.  I returned the call on Whitney's behalf, uncertain whether he was just offering congratulations for the recent settlement, or for some other reason.  He indicated his attorney wanted him to find out when Whitney was working so a subpoena for his upcoming arbitration could be served.
>
> However, the connection on the call was scratchy, and when I asked who his

7

However, the connection on the call was scratchy, and when I asked who his attorney was, I could not understand what he said except that it was someone out of Southern California. I thought perhaps it might be an RLS attorney from one of the other offices.

Upon learning he was calling about a matter on which he was represented, I ended the call. I thought I should let you know.

Just FYI,
Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

**8**