# EXHIBIT W

**Intentionally Left Blank**