Lenore L. Albert, Esq. SBN 210876
Email: lenalbert@InteractiveCounsel.com
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Attorney for Plaintiff, Ryan McMahon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, an individual,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>JOHN WHITNEY, CITY OF VALLEJO; and DOES 1 through 10, inclusive,<br>　　　　　　　Defendants. | CASE NO. 23-cv-01972-KJM-JDP<br><br>Assigned to the Hon. Kimberly J. Mueller<br>Crtm. 3 – 15th Flr<br><br>**DECLARATION OF RYAN MCMAHON IN SUPPORT OF THE MOTION TO STRIKE DOCUMENT NO. 31, 31-2, 31-3, 31-4 AND 31-21**<br><br>Complaint filed: 09-13-2023<br><br>Hearing Date: March 8, 2024<br>Hearing Time: 10:00AM<br>Courtroom: 3 – 15th Flr |

**1**

**DECLARATION OF RYAN MCMAHON IN SUPPORT OF THE MOTION TO STRIKE DOCUMENT NO. 31, 31-2, 31-3, 31-4 AND 31-21**

*McMahon v Whitney, et al*　　　Case No. 23-cv-01972-KJM-JDP

**DECLARATION OF RYAN MCMAHON**

I, Ryan McMahon, am the plaintiff in the above captioned action and if called as a witness could testify of my own personal knowledge as follows:

1. I am a former client of attorney Alison Berry Wilkinson.

2. Without waiving the attorney client privilege, I received the Opposition to the Motion to Disqualify counsel and read it.

3. Upon reading the "Defendant John Whitney's Opposition to Plaintiff's Motion to Disqualify Counsel," and declarations I found that confidential information was disclosed and without waiving the attorney client privilege, I contacted my attorney.

4. Alison Berry-Wilkinson is twisting the truth. She contacted me and in her words of catching up, I disclosed confidences because she was my former attorney asking me questions and thought that she would keep it confidential.

5. None of the confidential internal investigations that she listed in the opposition were due to an officer involved shooting or resulted in discipline. I was exonerated. It was not previously public either until she filed it in this case. This is the exact thing that I am concerned about with her representing John Whitney against me.

6. Keeping this confidential information in the public can harm me.

7. It is unduly prejudicial to me and I feel like she is oppressing me.

8. It is as if attorneys can breach their duty of confidentiality about my private information without fear of consequence and make me work twice as hard at trying to remove it from the public eye which is very unfair. I have spoken to her which I believed to be in confidence about Broadmoor and Vallejo.

I declare under penalty of perjury of the federal laws that the foregoing is true and correct to the best of my knowledge. Executed this day in Solano, California.

Dated: January 13, 2024    /s/ Ryan McMahon
                           Ryan McMahon

2

**DECLARATION OF RYAN MCMAHON IN SUPPORT OF THE MOTION TO STRIKE DOCUMENT NO. 31, 31-2, 31-3, 31-4 AND 31-21**

*McMahon v Whitney, et al*    Case No. 23-cv-01972-KJM-JDP

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On January 24, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF RYAN MCMAHON IN SUPPORT OF THE MOTION TO STRIKE DOCUMENT NO. 31, 31-2, 31-3, 31-4 AND 31-21**

On the interested parties in this action as follows:

**For Defendant John Whitney:**
Alison Berry Wilkinson
alison@berrywilkinson.com
Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903
Telephone:  415.259.6638
Facsimile:  877.259.3762

**For Defendant City of Vallejo and Shane Bower:**
Katelyn M. Knight
Assistant City Attorney
City of Vallejo | City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
707.648.4388 | katelyn.knight@cityofvallejo.net

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: January 24, 2024

                                         /s/Lenore Albert
                                         Lenore Albert