Lenore L. Albert, Esq. SBN 210876
Email: lenalbert@InteractiveCounsel.com
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Attorney for Plaintiff, Ryan McMahon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, an individual,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>JOHN WHITNEY, CITY OF VALLEJO; and DOES 1 through 10, inclusive,<br>　　　　　　　Defendants. | CASE NO. 23-cv-01972-KJM-JDP<br><br>Assigned to the Hon. Kimberly J. Mueller<br>Crtm. 3 – 15th Flr<br><br>**DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO STRIKE DOC. NO. 31, 31-2, 31-3, 31-4, AND 31-21**<br><br>Complaint filed: 09-13-2023<br><br>Hearing Date: March 8, 2024<br>Hearing Time: 10:00AM<br>Courtroom: 3 – 15th Flr |

**DECLARATION OF LENORE ALBERT**

I, Lenore Albert, am the attorney for the plaintiff in the above captioned action, am admitted to practice before the U.S. District Court for the Eastern District of California and if called as a witness could testify of my own personal knowledge as follows:

1.    Attached hereto and fully incorporated herein as **Exhibit A** is a true and correct email string of a conversation between attorney Alison Berry-Wilkinson and myself beginning on January 17, 2024 and ending January 23, 2024 showing I requested that she withdraw her Opposition to the Motion to Disqualify on the grounds it contained confidential and scandalous information.

1

DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO STRIKE DOC. NO. 31, 31-2, 31-3, 31-4, AND 31-21

*McMahon v Whitney, et al*　　　Case No. 23-cv-01972-KJM-JDP

2. Although her reply is not in this email string, I received a reply from her stating she could not look at it until Saturday January 20, 2024.

3. Although I objected as to having to wait that long, I did follow up the following week on January 23, 2024 to see if she would withdraw.

4. After I prepared the motion to strike and both declarations, I received an email from Alison Berry-Wilkinson saying she would stipulate to have the matter sealed if I wanted to. I informed her of the 10 day deadline and Local Rules which would require her to request to seal.

5. I disagree with her assertion that my client waived his attorney client privilege by seeking this motion to disqualify her from representing John Whitney because the content of those communications are NOT needed in order to oppose the motion. That is not the test.

6. It is now January 24, 2024 and I have not received any reply to my request she request to seal nor did she send me a draft stipulation to sign.

7. I think she knew about the 10 day deadline and purposefully is making me wait to keep confidential information in the docket as long as possible.

8. I believe the entire documents 31, 31-2, 31-3, 31-4, and 31-21 should be stricken from the record.

9. However, in case the court believes there is some relevant information in those documents that can be made public I went through the documents with my client and narrowed it down as follows:

Document 31 titled "Defendant John Whitney's Opposition to Plaintiff's Motion to Disqualify Counsel":

Page 8:4-24

Page 9:1-24

Page 10:5-8

Page 11:15-21

Page 12:2-24

Page 13:6-7

Page 13:18-24

2
DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO STRIKE DOC. NO. 31, 31-2, 31-3, 31-4, AND 31-21

*McMahon v Whitney, et al*     Case No. 23-cv-01972-KJM-JDP

1. Page 15:8-11
2. Page 20:7-25
3. Portions of the Declaration of Alison Berry-Wilkinson (Doc. No. 31-2):
4. Page 3:26-27
5. Page 4:2-20
6. Pages 17:28 through 18:6.
7. Exhibit A (Doc. No. 31-3):
8. Page 3
9. Exhibit B (Doc. No. 31-4):
10. Pages 4-7
11. Pages 9-13
12. Exhibit S (Doc. No. 31-21):
13. Pages 2-5.
14. I declare under penalty of perjury of the federal laws that the foregoing is true and correct to the best
15. of my knowledge. Executed this day in Coldwater, Michigan.
16. Dated:  January 24, 2024

/s/ Lenore Albert_____
Lenore Albert, attorney for plaintiff Ryan McMahon

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On January 24, 2024, I served a copy of the following document(s) described as:

**DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO STRIKE DOC. NO. 31, 31-2, 31-3, 31-4, AND 31-21**

On the interested parties in this action as follows:
**For Defendant John Whitney:**
Alison Berry Wilkinson
alison@berrywilkinson.com
Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903
Telephone: 415.259.6638
Facsimile: 877.259.3762

**For Defendant City of Vallejo and Shane Bower:**
Katelyn M. Knight
Assistant City Attorney
City of Vallejo | City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
707.648.4388 | katelyn.knight@cityofvallejo.net

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: January 24, 2024

                                      /s/Lenore Albert
                                      Lenore Albert

**4**
DECLARATION OF LENORE ALBERT, ESQ. IN SUPPORT OF MOTION TO STRIKE DOC. NO. 31, 31-2, 31-3, 31-4, AND 31-21

*McMahon v Whitney, et al*     Case No. 23-cv-01972-KJM-JDP

EXHIBIT A

Re: URGENT Meet and Confer - Hearing Appearance Remotely - Request to Withdraw to Avoid Motion to Strike McMahon v Whitney

From: lenore albert (lenalbert@interactivecounsel.com)

To: alison@berrywilkinson.com

Cc: katelyn.knight@cityofvallejo.net; laurie.lavender@cityofvallejo.net

Date: Tuesday, January 23, 2024 at 07:05 PM PST

Ms. Berry-Wilkinson,

I prefer to use your last name after the scathing declaration you drafted about me. As an add on to my email response, I need to know ASAP. My last day to file is tomorrow before 4PM. Please let me know. There is only a 10 day window. Thank you.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

Also, President & CEO
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**

Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

> On Tuesday, January 23, 2024 at 06:43:16 PM PST, lenore albert <lenalbert@interactivecounsel.com> wrote:
>
> My motion to strike has been prepared and I am just revising the declarations in support. You have to seal the records under the Local Rules. I cannot. Are you going to pay me reasonable attorney fees for having to spend the time drafting the motion papers on something that was clearly confidential?
>
> Will you file the request to seal tonight as to the following:
> Doc 31, 31-2, 31-3, 31-4, and 31-21. Alternatively withdraw and then redact and refile the following tonight:
>
> Document 31 titled "Defendant John Whitney's Opposition to Plaintiff's Motion to Disqualify Counsel":
>
> Page 8:4-24
>
> Page 9:1-24
>
> Page 10:5-8
>
> Page 11:15-21
>
> Page 12:2-24
>
> Page 13:6-7
>
> Page 13:18-24
>
> Page 15:8-11
>
> Page 20:7-25
>
> Portions of the Declaration of Alison Berry-Wilkinson (Doc. No. 31-2):
>
> Page 3:26-27

Ex A - 3

Page 4:2-20

Pages 17:28 through 18:6.

<u>Exhibit A (Doc. No. 31-3):</u>

Page 3

<u>Exhibit B (Doc. No. 31-4):</u>

Pages 4-7

Pages 9-13

<u>Exhibit S (Doc. No. 31-21):</u>

Pages 2-5.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

Also, President & CEO
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**

Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

Ex A - 4

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.


On Tuesday, January 23, 2024 at 06:29:54 PM PST, Alison Berry Wilkinson <alison@berrywilkinson.com> wrote:


Dear Ms. Albert,
Please feel free to call me Alison, or (if you wish to be more formal) please refer to me as Ms. Wilkinson.

My trial ended yesterday, and I had the opportunity to review the papers today.  To be clear: if you wish to seal any portions of the pleadings, I have no opposition, and am willing to stipulate to whatever pleading portions and/or exhibits you wish to seal.

As to your request that I withdraw the motion and supporting materials, I respectfully decline.  Substantial authority holds the attorney-client privilege and confidentiality obligations are impliedly waived where the client asserts a claim that places at issue the nature of the privileged material.  In practical terms, this means a party may not assert claims the opposing party cannot adequately dispute unless it reveals the privileged information.  In such circumstances, courts have held the party asserting the claim impliedly waives the privilege.

That is precisely what happened here.  The disqualification motion placed certain communications between me and Ryan McMahon, as well as the scope of representation previously provided, in issue.  Courts have applied the fairness principal to impose an implied waiver given the proceedings the claimant initiated.  Here, absent reliance on the communications plaintiff chose to place at issue, defendant cannot adequately defend against the motion. Please note, the information provided was narrowly tailored to rebut only the issues raised, and went no further.

With respect to Exhibit B, its contents do not violate any rule of confidentiality or privilege.  The case reports reflect communications with PORAC LDF (either between Mr. McMahon and PORAC LDF or between me and PORAC LDF) not me and Mr. McMahon.  No attorney-client privilege applied to those communications.  Indeed, the terms of the PORAC LDF program require reports concerning status of actions and were authorized when Mr. McMahon accepted the terms of representation provided by PORAC LDF.

With respect to Exhibit S, that communication does not fall within the scope of the attorney-client privilege.  Indeed, Mr. McMahon specifically indicated it was a misdirected email, and that it was not sent to me for the purpose of securing legal advice or assistance. Consequently, Mr. McMahon and I were not in an attorney-client relationship at the time of the communication.

As indicated, I have no opposition to you petitioning the court - by motion or stipulation - to having some of the information contained in the opposition sealed.

Please let me know if you are agreeable to that course of action, or intend to proceed in another fashion.

Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

On Jan 23, 2024, at 7:36 AM, lenore albert <lenalbert@interactivecounsel.com> wrote:

Ms. Berry Wilkinson,

Now that you had time to review your papers, are you going to withdraw the Opposition to the Motion to Disqualify and your Declaration with Exhibits B and S because they contain confidential information?

I will move to strike.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

Also, President & CEO
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**


Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Monday, January 22, 2024 at 08:09:54 PM PST, Alison Wilkinson <alison@berrywilkinson.com> wrote:

For me as well,
Alison
Sent/Dictated from my iPhone

On Jan 22, 2024, at 6:33 PM, lenore albert <lenalbert@interactivecounsel.com> wrote:

January 26, 2024 at 11:00AM PST works for me.

Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

Also, President & CEO
**Simply Lenore LLC** *(patent pending ICan ID(tm) technology)*
**Mined Media Org.**
**Project Geeks**
**MasterMined(tm) Tech.**
**InteractiveCounsel**
**FactChecks(tm)**

Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.

On Wednesday, January 17, 2024 at 03:10:04 PM PST, Katelyn Knight <katelyn.knight@cityofvallejo.net> wrote:

Hi Lenore,

I am happy to stipulate to a remote appearance.  I am just catching up on my e-mails and believe we are still required to do the FRCP 26 meet and confer with a disqualification motion pending.  Of the dates/times Alison proposed, I could do the ones below, do any of those work for you?

- January 23rd - after 1pm
- January 25th - anytime before 3pm or after 4pm
- January 26th between 9am and 12pm

**Katelyn M. Knight**
**Assistant City Attorney**
*City of Vallejo | City Attorney's Office*
*555 Santa Clara Street*
*Vallejo, CA 94590*
*707.648.4388 |* [katelyn.knight@cityofvallejo.net](katelyn.knight@cityofvallejo.net)

<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Wednesday, January 17, 2024 7:25 AM
**To:** Katelyn Knight <Katelyn.Knight@cityofvallejo.net>; Alison Berry Wilkinson <alison@berrywilkinson.com>
**Subject:** URGENT Meet and Confer - Hearing Appearance Remotely - Request to Withdraw to Avoid Motion to Strike McMahon v Whitney

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Counsel,

Ex A - 8

1. According to the Court's webpage, she expects a written stipulation if we intend to appear remotely. Since I am in Michigan, I would like to come to an agreement that we will appear remotely at the upcoming hearing in this matter. I will be happy to draw up the stipulation. Let me know because it appears she likes to have this well in advance of the hearing date.

2. As to Ms. Berry-Wilkinson's Opposition to the Motion to Disqualify which was electronically filed over the MLK Holiday, it contains false, scandalous and/or confidential information of which I did not get advance notice of before you filed so I could request it filed under Seal. It violates Cal Penal Code section 832.7, Bus & Prof Code 6068(e), and Rules of Prof Conduct, Rules 1.6, 1.9, and 1.18.

Additionally, Exhibit S does not populate and I have not been served with it.

As such, please immediately withdraw it along with the supporting papers, to prevent any further irreparable harm to my client. If you are not willing to do so, I will move to have it stricken and placed under seal until that motion can be heard. This is an URGENT matter.

Thank you for your time and consideration

Sincerely,

Lenore Albert, Esq.

**Law Offices of Lenore Albert**

1968 S. Coast Hwy #3960

Laguna Beach, CA 92651

Phone: 424-365-0741

https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

*Also, President & CEO*

***Simply Lenore LLC** (patent pending ICan ID(tm) technology)*

***Mined Media Org.***

***Project Geeks***

***MasterMined(tm) Tech.***

***InteractiveCounsel***

***FactChecks(tm)***

Cal Bus & Prof Code 6001.1

"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

"People who live in glass houses shouldn't throw stones."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.
<image001.png>
<image005.png>
<image004.png>
<image003.png>
<image002.png>