JOHN DAVID LOY, Cal. Bar No. 229235
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone: 415.460.5060
Email dloy@firstamendmentcoalition.org

Attorney for *Amicus Curiae* VALLEJO SUN LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN WHITNEY, CITY OF VALLEJO; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 23-cv-01972-KJM-JDP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF AMICUS CURIAE VALLEJO SUN LLC FOR LEAVE TO FILE AMICUS BRIEF IN OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION**<br><br>Date:　January 26, 2024<br>Time:　11:00 am.<br>Crtrm.:　Crtm. 3 – 15th Flr<br>Judge:　Hon. Kimberly J. Mueller |

　　The Court, having considered the Application of *Amicus Curiae* Vallejo Sun LLC for leave to file an amicus brief, and good cause appearing therefor, it is hereby ordered that the application is hereby GRANTED and the amicus brief is deemed filed.

Dated:_____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Kimberly J. Mueller