Lenore L. Albert, Esq. SBN 210876
Email: lenalbert@InteractiveCounsel.com
LAW OFFICES OF LENORE ALBERT
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741
Attorney for Plaintiff, Ryan McMahon

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>JOHN WHITNEY, CITY OF VALLEJO; and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | CASE NO. 23-cv-01972-KJM-JDP<br><br>Assigned to the Hon. Kimberly J. Mueller<br>Crtm. 3 – 15th Flr<br><br>**PLAINTIFF'S ERRATA**<br><br>Complaint filed: 09-13-2023<br><br>Hearing Date: March 29, 2024<br>Hearing Time: 10:00AM<br>Courtroom: 3 – 15th Flr |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that plaintiff made an error and withdraws and corrects the following that defendant John Whitney's attorney Alison Berry Wilkinson has requested:

1. Doc. No. 28-1 p. 2:15 from "San Pablo" to "Sausalito;"
2. Doc. No. 28-1 p. 5:20 from "Pablo" to "El Cerritos;"
3. Doc. No. 28-1 p. 5:22 from "Pablo" to "El Cerritos;"
4. Doc. No. 28-1 p. 5:4 from "Kron" to "ABC 7 News;" and
5. Doc. No. 28-2 from "client's address to the docket" to "client's address <u>in the proof of service of summons</u> to the docket."

These mistakes were not intentional and clerical in nature.

//

//

1  Dated: February 9, 2024            Respectfully Submitted,
2                                     LAW OFFICES OF LENORE ALBERT
                                      /s/ LENORE ALBERT_____
3                                     LENORE L. ALBERT, ESQ.
                                      Attorney for Plaintiff, Ryan McMahon

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On February 9, 2024, I served a copy of the following document(s) described as:

**PLAINTIFF'S ERRATA**

On the interested parties in this action as follows:
**For Defendant John Whitney:**
Alison Berry Wilkinson
alison@berrywilkinson.com
Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903
Telephone:  415.259.6638
Facsimile:  877.259.3762

**For Defendant City of Vallejo and Shane Bower:**
Katelyn M. Knight
Assistant City Attorney
City of Vallejo | City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
707.648.4388 | katelyn.knight@cityofvallejo.net

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: February 9, 2024

                                                /s/Lenore Albert
                                                Lenore Albert