Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, California
Telephone:   (415) 259.6638
Facsimile:    (877) 259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendant
JOHN WHITNEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RYAN MCMAHON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WHITNEY, SHANE BOWER, CITY OF VALLEJO, and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:23-cv-01972-KJM-JDP<br><br>DECLARATION OF ALISON BERRY WILKINSON IN SUPPORT OF DEFENDANT JOHN WHITNEY'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION TO STRIKE DOCUMENT NOS. 31 31-2, 31-3, 31-4, and 31-21; AND SANCTIONS<br><br>Date:         March 29, 2024<br>Time:        10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge:       Hon. Kimberly J. Mueller |

I, Alison Berry Wilkinson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and am admitted to the United States District Courts for the Northern, Eastern, and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am the attorney of record for Defendant JOHN WHITNEY herein.

2. I make this declaration based on my own personal knowledge and, if called to testify, could and would testify competently to the matters contained herein.

3. Plaintiff seeks to strike the case numbers identified ECF 31-2 at 3:26-27, ECF 31-2 at 5:18 to 6:5 as well as in ECF 31-3 and ECF 31-4. However, those case numbers were not obtained from

1

Plaintiff's personnel records. Rather, they were internal case tracking numbers generated by PORAC LDF when it assigned the matters to me.

4. As identified in ECF-2 at ¶23, the information submitted in ECF 31-2 at ¶¶13-16, as well as Exhibit B (ECF 31-4), and as described in ECF 31 at 8:4-24 and 20:7-25, all of which Plaintiff seeks to strike, are copies of the PORAC LDF case assignment sheets and status reports. This was not information obtained from Plaintiff's personnel file. Rather, it was information I secured from the PORAC LDF case management database.

5. I have no personal knowledge as to whether the material was ever placed in Plaintiff's personnel records.

6. Plaintiff claims that the discussion in ECF 31 at 13:6-7 should be struck because it "was never used" by Plaintiff in his petition against the City of Vallejo. I have no personal knowledge of whether the declaration prepared was actually used. I only know that the declaration was executed after multiple drafts were exchanged between me, John Whitney, and Plaintiff's attorney, Justin Buffington.

7. In an effort to verify whether it was or was not used, I reviewed the docket maintained by the Solano County Superior Court. That system, however, does not allow access directly to filed documents and so I was unable to verify whether it was used.

8. I participated in a meet and confer with Plaintiff's counsel concerning her request that I voluntarily withdraw the contested excerpts. Missing from Plaintiff's submissions concerning that meet and confer process was a lengthy, eight (8) page single-spaced letter that I sent to outline the reasons why the submission was proper. Four minutes after sending the letter, Plaintiff rejected the contentions made.

9. After receiving this motion to strike, I reached out again to Plaintiff, this time concerning her use of Fed. R. Civ. Proc. 12(f) as the basis for the motion, and specifically advised it does not apply to papers filed in response to a motion, only pleadings.

10. In response, Plaintiff provided me with two authorities she contended made the use of Rule 12(f) appropriate: *Phillips v. HSL Props, Inc.*, 683 Fed. Appx. 599 (2017) and *Jones v. Metropolitan Life Ins. Co.*, 845 F. Supp. 2d 1016 (N.D. Cal. 2012) *aff'd in part, rev'd in part,* and remanded at 555 Fed. Appx. 733. As discussed in the opposition filed herewith, both decisions are inapposite.

//

2

DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND SANCTIONS
*McMahon v. Whitney*, Case No. 2:23-cv-01972-KJM-JDP

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March 2024 in Mi-Wuk Village, California.

                                 /s/ *Alison Berry Wilkinson*
                               ALISON BERRY WILKINSON

3

DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND SANCTIONS
*McMahon v. Whitney, Case No. 2:23-cv-01972-KJM-JDP*