Lenore L. Albert – State Bar Suspended 3-14-2024
Email: lenalbert@InteractiveCounsel.com
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424)365-0741

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN WHITNEY, CITY OF VALLEJO; and DOES 1 through 10, inclusive,<br>　　　　　　　　Defendants. | CASE NO. 23-cv-01972-KJM-JDP<br><br>Assigned to the Hon. Kimberly J. Mueller<br>Crtm. 3 – 15th Flr<br><br>**LENORE ALBERT'S APPLICATION FOR ADMINISTRATIVE RELIEF**<br><br>**[STATE BAR SUSPENSION 3-14-2024]**<br><br>Complaint filed: 09-13-2023<br><br>Hearing Date: On the Papers<br>Hearing Time: n/a<br>Courtroom: 3 – 15th Flr |

**TO THE COURT, THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE,** that Lenore Albert received an Opinion at approximately 5PM on March 11, 2024 informing her that the State Bar Review Department recommends disbarment with an **<u>interim suspension to start on March 14, 2024</u>**. A true and correct copy of that Opinion was previously filed in this case on March 12, 2024.

A motion for an OSC prior to reciprocal suspension was filed on that date. On 3-15-2024 Ms. Albert checked the website of this Court and it showed that Ms. Albert was still a member in good standing (A true and correct printout of that copy is attached hereto as Exhibit 1).

On or about March 13, 2024 an emergency motion was filed with the Ninth Circuit in this regard. That motion is still pending.

**1**
**LENORE ALBERT'S APPLICATION FOR ADMINISTRATIVE RELIEF**
*McMahon v Whitney, et al*   Case No. 23-cv-01972-KJM-JDP

On or about March 15, 2024 (14 days prior to the March 29, 2024 hearings in this case) Ms. Albert wrote Ms. Knight and Ms. Alison Berry Wilkinson to see if they would stipulate to remote appearance. **Ms. Alison Berry Wilkinson – John Whitney's attorney - wrote back that it would be aiding and abetting in the Unauthorized Practice of Law**. (A true and correct copy of the email exchange is attached hereto as Exhibit 2).

Ryan McMahon filed a declaration with the Ninth Circuit requesting relief. A true and correct copy his declaration is attached hereto as Exhibit 3.

It is unclear whether the hearing will happen, whether Albert's status will change or how this federal court is going to proceed.

Ms. Lenore Albert requests the following:

1. Whether the Court is going to allow Albert to proceed with representation of McMahon in this case or if it has removed Albert as McMahon's counsel and any further filing for him would be an act of UPL; and if it is going to allow Albert to proceed until an Order issues suspending her from practice in this federal court; then

2. Whether the Court is going to allow Albert to appear remotely on March 29, 2024.

Until there is clarification from the Court, no reply brief or other paper for McMahon will be filed based on Ms. Alison Berry Wilkinson's hostility and threats.

Dated:  March 15, 2024                  Respectfully Submitted,

/s/ LENORE ALBERT
LENORE L. ALBERT – State Bar Suspended 3-14-2024

**2**
**LENORE ALBERT'S APPLICATION FOR ADMINISTRATIVE RELIEF**
*McMahon v Whitney, et al*    Case No. 23-cv-01972-KJM-JDP

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651. On March 12, 2024, I served a copy of the following document(s) described as:

**LENORE ALBERT'S APPLICATION FOR ADMINISTRATIVE RELIEF**

**[STATE BAR SUSPENSION 3-14-2024]**

On the interested parties in this action as follows:
**For Defendant John Whitney:**
Alison Berry Wilkinson
alison@berrywilkinson.com
Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903
Telephone:  415.259.6638
Facsimile:  877.259.3762

**For Defendant City of Vallejo and Shane Bower:**
Katelyn M. Knight
Assistant City Attorney
City of Vallejo | City Attorney's Office
555 Santa Clara Street
Vallejo, CA 94590
707.648.4388 | katelyn.knight@cityofvallejo.net

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 12, 2024

                                                  /s/Lenore Albert
                                                 Lenore Albert