EXHIBIT 1

Last Name*: albert   First Name (optional): lenore   [LookUp]

Total: 1

| Name | Bar Number | Office | City | Bar Status | Admission Date |
|---|---|---|---|---|---|
| **Albert, Lenore LuAnn** | 210876 | Law Offices of Lenore Albert | Laguna Beach | Active | 12/17/2014 |

Ex 1 pg.2