EXHIBIT 2

# Re: Upcoming Hearings

**From:** Alison Berry Wilkinson (alison@berrywilkinson.com)

**To:** lenalbert@interactivecounsel.com

**Cc:** katelyn.knight@cityofvallejo.net; laurie.lavender@cityofvallejo.net

**Date:** Friday, March 15, 2024 at 05:00 PM PDT

Dear Ms. Albert,

I decline to so stipulate for two reasons. First, my client prefers an in-person hearing. Second, I do not wish to assist, aide, or abet the unauthorized practice of law.

Please advise whether Mr. McMahon will be proceeding in pro per or will be securing alternate counsel.

With regards,
Alison

Alison Berry Wilkinson
alison@berrywilkinson.com

Berry | Wilkinson | Law Group
165 North Redwood Drive, Ste 206
San Rafael, CA 94903

Telephone:  415.259.6638
Facsimile:  877.259.3762

> On Mar 15, 2024, at 1:24 PM, lenore albert <lenalbert@interactivecounsel.com> wrote:
>
> Dear Counsel,
>
> I checked my membership status in the Eastern District just moments ago and it still shows active. As you know there are a bunch of hearings set for 3-29-2024. I am not sure how this court is going to proceed - other than very carefully I am sure.
>
> I would be appreciative if we could stipulate to remote appearance for 3-29-2024. This email is not meant to be Unauthorized Practice of Law in California. It is meant to protect the public, Ryan McMahon and the integrity of the Court.
>
> and yes, if you were not previously aware, I am the class counsel for the 191,000 plus attorneys and judges that the State Bar victimized by first opening up confidential state bar investigations on this massive scale of 322,525 and then breaching their mandatory duty to keep those investigations confidential so they ended up on the internet identifying the members by name.
>
> and yes, if you were not previously aware, I sued the Operations Supervisor of the Eastern District for an injunction, in part, to prevent her from suspending my membership here without due process which is what led, in part, to the suspension that the State Bar (not Supreme Court) issued on 3-11-2024. The judge determined it premature - not so premature anymore and that is before the Ninth Circuit.
>
> Everything else you have heard is probably rumors and speculation. Now you know my business and understand I need to tread lightly here - what about that stipulation for remote appearance?
>
> This is not an attempt to practice law in the state of California.
>
> Sincerely,
>
> Lenore Albert - Suspended by the California State Bar on 3-11-2024 effective 3-14-2024

Ex 2 pg. 2