EXHIBIT 3

Case No. 23-3322

# In the
# United States Court of Appeals
# For the Ninth Circuit

LENORE L. ALBERT,

*Plaintiff and Appellant*,

v.

ROXANNE GONZALEZ, and DOES 1 – 10,

*Defendants and Appellees*.

**DECLARATION OF PLAINTIFF RYAN MCMAHON**

Appeal from the U.S. District Court, Central District of California - Santa Ana
8:23-cv-00635-FWS-JDE
Hon. Fred W. Slaughter, presiding.

Lenore L. Albert, Esq. SBN 210876
Law Offices of Lenore Albert
1968 S. Coast Hwy #3960
Laguna Beach, CA 92651
Telephone (424) 365-0741
Email: lenalbert@Interactivecounsel.com
Plaintiff and Appellant, pro se,

I, Ryan McMahon am the plaintiff in the case of McMahon v Whitney in the U.S. District Court for the Eastern District of California, Case Number 23-cv-1972-KJM-JDP.

1. If called as a witness I could competently testify to the following of my own personal knowledge.

2. I am a former police officer of the Vallejo Police Department.

3. I received notice that confidential personnel files from the Vallejo Police Department ended up on the internet where anyone with public access to the internet could view it.

4. I had to move my family for their safety because nuggets of truth were sprinkled with lies leading to a public outlashing against me.

5. I hired Lenore Albert to file suit against John Whitney and the City of Vallejo.

6. I have read the State Bar Review Department Opinion recommending her disbarment and interim suspension.

7. However, I do not want to lose her as my attorney on my case in the Eastern District.

8. We have multiple motions set to be heard on March 29, 2024 and I have a sanctions motion against my former attorney who is now Defendant's attorney for divulging my confidential information in the Court docket.

9. Lenore Albert has been a great advocate for me in this case.

10. I understand in 2021 the Eastern District suspended her from practice in that court based on the State Bar website showing she was suspended in the California State Bar.

11. If this Court can prevent that from happening again and keep her membership active I would appreciate it.

12. The inability for my counsel, Lenore Albert to proceed by this abrupt interim suspension will cause me irreparable harm.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this day in 3·13·24 , California.

Dated: 3-13-2024          Signed: _____

                                             Ryan McMahon

# CERTIFICATE OF SERVICE

**9th Cir. Case Number(s)** ___23-3322_____

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:
**DECLARATION OF PLAINTIFF RYAN MCMAHON**
**Signature** ___/s/Lenore Albert_____ **Date** ___3-13-2024___

Ex 3 pg 5