UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryan McMahon,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>John Whitney & City of Vallejo,<br><br>　　　　　Defendant. | No. 2:23-cv-01972-KJM-JDP<br><br>ORDER |

  Plaintiff Ryan McMahon's prior attorney, Lenore Albert, was disbarred by this court. *See* Order (5/24/2024), *In Re: Attorney Admissions Status of Lenore Albert*, No. 2:24-mc-00117-KJM, ECF No. 7. This court subsequently issued "a 60-day stay in the case for Mr. McMahon to find new counsel" and directed "the parties to meet and confer and file a Joint Status Report regarding the pending Motions" within 90 days from the date of the court's minute order. Min. Order, ECF No. 68. The parties have submitted their Joint Status Report, which states Mr. McMahon has been unable to find an attorney. *See* Joint Status Rep., ECF No. 71. The parties agree "that allowing additional time for Mr. McMahon to obtain new counsel would be most productive as Mr. McMahon is not an attorney and does not feel comfortable evaluating the pending motions and potential amended Complaint." *Id.* at 1. The parties thus request the court stay the case for an additional 60 days and direct the parties to meet and confer and file a

1 | subsequent joint status report regarding the pending motions within 90 days. *See id.* Good cause
2 | appearing, the court grants the parties' request.
3 |    The court **stays** the case for an additional 60 days and **directs** the parties to file a joint
4 | status report regarding the status of the pending motions within 90 days.
5 |    IT IS SO ORDERED.
6 | DATED: September 4, 2024.
7 |

CHIEF UNITED STATES DISTRICT JUDGE