1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Ryan McMahon,                                    No. 2:23-cv-01972-KJM-JDP

12                           Plaintiff,                ORDER

13           v.

14    John Whitney, et al.,

15                           Defendants.

16

17          The court previously stayed this action at the parties' joint request to permit plaintiff Ryan

18    McMahon to obtain new counsel.  Order (Sept. 5, 2024), ECF No. 72.  The court also directed the

19    parties to file a further joint status report, which they have now filed.  ECF No. 73.  McMahon

20    has elected to proceed pro se, without an attorney.  *Id.* at 1.  The parties also stipulate to

21    permitting McMahon to file an amended complaint, which would moot the pending motions at

22    ECF Nos. 12, 15, 20 and 24.  McMahon's pending motions to strike (ECF No. 52) and for

23    sanctions (ECF No. 56) would remain pending.  The court orders as follows:

24          • The parties' stipulated proposal to permit an amended complaint is adopted.  An

25             amended complaint must be filed **within thirty days**.

26          • The motions at ECF Nos. 12, 15, 20 and 24 are **denied as moot**.

27          • The motions at ECF Nos. 52 and 56 **remain pending**.

1

1    • This action is referred to the assigned Magistrate Judge for all further pretrial

2        proceedings.  *See* E.D. Cal. L.R. 302(c)(21).

3        This order resolves ECF Nos. 12, 15, 20 and 24 only.

4        IT IS SO ORDERED.

5    DATED:  December 6, 2024.

6

7

UNITED STATES DISTRICT JUDGE