1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RYAN MCMAHON,                           Case No. 2:23-cv-1972-KJM-JDP (PS)

12                 Plaintiff,

13          v.                                ORDER TO SHOW CAUSE

14    JOHN WHITNEY, *et al.*,

15                 Defendants.

16

17          On December 6, 2024, the court approved the parties' stipulation to permit plaintiff to file

18    an amended complaint and ordered plaintiff to file a first amended complaint within thirty days.

19    ECF No. 74.  To date, plaintiff has not filed an amended complaint.

20          The court has the inherent power to control its docket and may, in the exercise of that

21    power, impose sanctions where appropriate, including dismissal.  *Bautista v. Los Angeles Cnty.*,

22    216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to

23    comply with these Rules or with any order of the Court may be grounds for imposition by the

24    Court of any and all sanctions . . . within the inherent power of the Court.").  A court may dismiss

25    an action based on a party's failure to prosecute an action, failure to obey a court order, or failure

26    to comply with local rules.  *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986)

27    (dismissal for lack of prosecution and failure to comply with local rules).

28

1     I will give plaintiff a chance to explain why the court should not dismiss the case for his

2  failure to file an amended complaint.  Plaintiff's failure to respond to this order will constitute

3  another failure to comply with a court order and will result in a recommendation that this action

4  be dismissed.  Accordingly, plaintiff is ordered to show cause within fourteen days why this case

5  should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to

6  state a claim.  Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen

7  days, an amended complaint.

8
9  IT IS SO ORDERED.

10
   Dated:    January 28, 2025                          _____
11                                                      JEREMY D. PETERSON
12                                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28