UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WHITNEY, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1972-KJM-JDP (PS)<br><br>ORDER |

On December 6, 2024, the court approved the parties' stipulation to permit plaintiff to file an amended complaint and ordered plaintiff to file a first amended complaint within thirty days. ECF No. 74. Plaintiff failed to timely file an amended complaint. Accordingly, on January 29, 2025, plaintiff was ordered to show cause within fourteen days why this case should not be dismissed. ECF No. 78. In response, plaintiff filed a motion for permission to file documents electronically. ECF No. 79. He did not, however, file a first amended complaint.

Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3). Plaintiff's does it

1

demonstrate good cause for a departure from the normal filing procedure for unrepresented litigants. The motion is therefore denied.

Given plaintiff's pro se status, he will be afforded a final opportunity to respond to the court's January 29, 2025 order to show cause, ECF No. 78, and to comply with the December 6, 2024 order requiring him to file an amended complaint, ECF No. 74.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for permission to file documents electronically, ECF No.79, is DENIED.

2. Plaintiff shall show cause, by no later than March 14, 2025, why this case should not be dismissed for failure to prosecute and failure to comply with court orders.

3. By no later than March 14, 2025, plaintiff shall file a first amended complaint.

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   February 27, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2