UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, | Case No. 2:23-cv-1972-KJM-JDP (PS) |
| Plaintiff, | AMENDED ORDER |
| v. | |
| JOHN WHITNEY, et al., | |
| Defendants. | |

On January 29, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On February 13, 2025, plaintiff filed objections. The court issued an order adopting the magistrate judge's findings and recommendations without considering plaintiff's objections. *See* ECF No. 81.[1] The court now amends its order to address plaintiff's objections. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.

/////

---

[1] While plaintiff evidently arranged for his objections to be delivered by courier to the courthouse on February 13, 2025, for presentation to chambers, he did not file his objections on the docket. The clerk of the court did not docket the objections until March 19, 2025, nine days after the court issued its order adopting the magistrate judge's findings and recommendations. *See* ECF Nos. 81, 84.

1

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 29, 2025, are ADOPTED.
2. Plaintiff's motion for sanctions, ECF No. 56, is DENIED.
3. This matter is referred back to the assigned magistrate judge for all further pretrial matters.
4. This order amends and supersedes the order issued on March 10, 2025 (ECF No. 81).

This order resolves ECF Nos. 56, 77.

IT IS SO ORDERED.

DATED: April 2, 2025.

UNITED STATES DISTRICT JUDGE