UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, | Case No. 2:23-cv-1972-KJM-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| JOHN WHITNEY, *et al.*, | |
| Defendants. | |

For good cause shown in plaintiff's response, ECF No. 82, the court discharges its January 28, 2025 order to show cause, ECF No. 78.

IT IS SO ORDERED.

Dated:   April 22, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1