UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCMAHON, | Case No. 2:23-cv-1972-KJM-JDP (PS) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| JOHN WHITNEY, *et al.*, | |
| Defendants. | |

  On August 5, 2025, the court granted defendants' motion to dismiss, dismissed plaintiff's federal claims with leave to amend, and granted plaintiff twenty-one days to file a second amended complaint. ECF No. 96. Plaintiff failed to timely file an amended complaint. Accordingly, on September 9, 2025, I ordered plaintiff to show cause why this action should not be dismissed. ECF No. 97. I notified plaintiff that if he wished to continue with this lawsuit, he must file an amended complaint within fourteen days. I also warned plaintiff that failure to do so would result in a recommendation that this action be dismissed. *Id.*

  The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the September 9, 2025 order.

  Accordingly, it is RECOMMENDED that:

  1. This action be dismissed for the reasons set forth in the court's August 5, 2025 order. *See* ECF No. 96.

1

   2. The Clerk of Court be directed to close the case.

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   October 31, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2